MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN  (State Bar No. 189268)
GENEVIEVE K. GUERTIN (State Bar No. 262479)
T. KENNEDY HELM (State Bar No. 282319)
HADDAD & SHERWIN
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Fax: (510) 452-5510

Attorneys for Plaintiff
HARRISON LUTHER ORR

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRISON LUTHER ORR, Individually, <br><br> Plaintiff, <br><br> vs. <br><br> CALIFORNIA HIGHWAY PATROL, a public entity; STATE OF CALIFORNIA, a public entity; CALIFORNIA HIGHWAY PATROL OFFICERS BRAME, PLUMB, and DOES 1-10, individually, <br><br> Defendants. | Case No. 2:14-cv-0585-WBS-EFB <br><br> **STIPULATION AND AMENDMENT TO (PRETRIAL SCHEDULING) ORDER** |

ALL PARTIES, THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE, AND REQUEST THIS COURT TO ORDER, that the Status (Pretrial Scheduling) Order (Document 12) be amended as follows:

2:14-cv-0585-WBS-EFB: STIPULATION AND (PROPOSED) ORDER TO AMEND STATUS ORDER

Plaintiff Orr's attorneys have a pretrial conference scheduled for January 5, 2015 in <u>M.H. v. County of Alameda, et al.</u>, No. C11-2868 (JST), a wrongful-death case against fifteen defendants, in District Court for the Northern District of California.  The Final Pretrial Conference in this case is also set for January 5, 2015.  Therefore, the parties stipulate and agree to respectfully request this Court to move the date of the Final Pretrial Conference set for January 5, 2015 to January 12, 2015 at 2:00 p.m.

Dated:    May 30, 2014          HADDAD & SHERWIN

/s/ T. Kennedy Helm
T. KENNEDY HELM
Attorneys for Plaintiff
HARRISON LUTHER ORR

Dated:    May 30, 2014          KAMALA D. HARRIS
Attorney General of California
PETER A. MESHOT
Supervising Deputy Attorney General


/s/ Stephen C. Pass*
STEPHEN C. PASS
Deputy Attorney General
Attorney for Defendants
CALIFORNIA HIGHWAY PATROL, CHP
OFFICERS BRAME and PLUMB


* Mr. Pass provided his consent that this document be electronically filed.

2:14-cv-0585-WBS-EFB: STIPULATION AND (PROPOSED) ORDER TO AMEND STATUS ORDER

**ORDER**

Pursuant to stipulation of the parties and good cause appearing therefore, IT IS SO ORDERED.

Dated:   June 3, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2:14-cv-0585-WBS-EFB: STIPULATION AND (PROPOSED) ORDER TO AMEND STATUS ORDER