6MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN  (State Bar No. 189268)
GENEVIEVE K. GUERTIN (State Bar No. 262479)
T. KENNEDY HELM (State Bar No. 282319)
HADDAD & SHERWIN
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Fax: (510) 452-5510

Attorneys for Plaintiff
HARRISON LUTHER ORR

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HARRISON LUTHER ORR, Individually, | )<br>)<br>) |
| Plaintiff, | ) Case No. 2:14-cv-0585-WBS-EFB<br>) |
| vs. | )<br>) |
| CALIFORNIA HIGHWAY PATROL, a public entity; STATE OF CALIFORNIA, a public entity; CALIFORNIA HIGHWAY PATROL OFFICERS BRAME, PLUMB, and DOES 1-10, individually, | ) **STIPULATION AND (PROPOSED)**<br>) **ORDER TO AMEND SCHEDULING**<br>) **ORDER TO CONTINUE**<br>) **DISCOVERY/MOTION DEADLINES,**<br>) **PRETRIAL CONFERENCE, AND TRIAL**<br>)<br>) |
| Defendants. | )<br>) |

2:14-cv-0585-WBS-EFB: STIPULATION AND (PROPOSED) ORDER TO AMEND SCHEDULING
ORDER TO CONTINUE DISCOVERY/MOTION DEADLINES, PRETRIAL CONFERENCE, AND TRIAL   1

ALL PARTIES, THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE, AND REQUEST THIS COURT TO ORDER, that the Status (Pretrial Scheduling) Order (Document 12) be amended as follows:

This case was filed on March 3, 2014. (Doc. 2). Defendants Answered on April 14, 2014 (Doc. 8). The Pretrial Scheduling Order was entered on May 27, 2014. (Doc. 14). Currently, expert disclosures are due by September 22, 2014; discovery is scheduled to close on (and all discovery motions must be heard by) October 6, 2014; expert discovery is scheduled to close on October 20, 2014; and motions must be filed by November 14, 2014. *Id*.

Plaintiff's counsel had requested an expedited schedule due to Plaintiff Harry Orr's age (77 years old) and history of strokes. (*See* Doc. 11, where Plaintiff requested a trial date in December, 2014). This Court scheduled trial for March 24, 2015. (Doc. 14).

The parties hereby request to continue the trial date to June 1, 2015 (with a new pretrial conference date appropriate for the new trial date), along with a 30-day continuance of the current deadlines for discovery, expert disclosures, and motion filing, for the following reasons:

1. Certain discovery disagreements between the parties have affected the production of necessary documents and information between the parties, including: the scope of Plaintiff's medical records at issue, the discoverability of law enforcement records, including records of prior complaints/investigations of defendant officers, performance evaluations, training standards and documents, and CHP

2:14-cv-0585-WBS-EFB: STIPULATION AND (PROPOSED) ORDER TO AMEND SCHEDULING ORDER TO CONTINUE DISCOVERY/MOTION DEADLINES, PRETRIAL CONFERENCE, AND TRIAL   1

policies, as well as the proper terms for a protective order.  These issues have been fully briefed, and are scheduled for hearing before Magistrate Judge Brennan on August 27, 2014.

2. Plaintiff's counsel contend that Plaintiff is not prepared to complete the depositions of the defendant officers and witness officers until Defendants have produced such requested documents.  Plaintiff's counsel represent that they will expeditiously schedule such law enforcement depositions at a mutually convenient date after such document production as ordered by Judge Brennan or otherwise agreed.

3. Plaintiff's counsel contend such law enforcement information is also necessary for review by expert witnesses before such experts can write Rule 26 reports.

4. Defendants have completed the depositions of the Plaintiff, Plaintiff's wife, and Plaintiff's son.

5. Defendants' lead counsel, Stephen Pass, is unavailable for depositions and discovery in this case from September 11 – October 2, 2014 due to a pre-paid, scheduled family vacation outside of the United States, and from October 17 to October 24 for pre-paid personal family travel out of state.

6. Plaintiff's lead counsel, Michael Haddad & Julia Sherwin, will be out of state for prepaid personal travel over their anniversary from September 25 to October 6, 2014.

7. These discovery and scheduling issues which necessitate a brief 30-day continuance in discovery and motion dates would complicate the current pretrial conference (January 12,

2015), since that would be the earliest date available to hear a dispositive motion filed on the proposed December 15, 2014 filing deadline.

8. Significantly, Plaintiff's lead counsel, Michael Haddad and Julia Sherwin, are committed to an eight week long civil rights/wrongful death trial in the Northern District of California before the Honorable Jon S. Tigar (*M.H. v. County of Alameda and Corizon Health, Inc., et al.*, no. C11-2868 JST) starting on January 20, 2015.  This trial might not be completed by the current trial date in the present case, and in any event, Plaintiff's counsel contend that the *M.H.* trial would seriously hamper their ability to prepare for trial in the present case.

9. Defense counsel, Stephen Pass, is scheduled for trial in Nevada County Superior Court on April 14, 2015, (*Doucette v. State of California, California Highway Patrol, et al.*, no. CU14-080524) which is scheduled to last 4-5 days.

10. The earliest trial date that both sides can agree to for this case is June 1, 2015.  The parties still estimate that trial will last between 4 and 8 court days.

/
/
/
/
/
/
/
/

2:14-cv-0585-WBS-EFB: STIPULATION AND (PROPOSED) ORDER TO AMEND SCHEDULING ORDER TO CONTINUE DISCOVERY/MOTION DEADLINES, PRETRIAL CONFERENCE, AND TRIAL   3

Given these grounds to continue discovery and trial dates, the parties have agreed and hereby request this Court to amend the scheduling order as follows:

|  | CURRENT DATES | **STIPULATED AND REQUESTED DATES** |
|---|---|---|
| Non-Expert Discovery Cut-Off (Including last day to hear discovery motions) | October 6, 2014 | **November 7, 2014** |
| Expert Disclosures and Reports | September 22, 2014 | **October 22, 2014** |
| Disclosure of Rebuttal Experts | October 6, 2014 | **November 7, 2014** |
| Expert Discovery Cutoff | October 20, 2014 | **November 14, 2015** |
| Last day to file dispositive motions | November 14, 2014 | **December 15, 2014** |
| Settlement Conference | At or after pretrial conference | **At or after pretrial conf., as per Doc. 14** |
| Pretrial Conference | January 12, 2015 | **April 13, 2015 at 2:00 pm** |
| Jury Trial | March 24, 2015 | **June 2, 2015 at 9:00 a.m.** |

1  The parties respectfully request that this Court enter these
2  stipulated dates as the new scheduling order in this case.
3
4  Dated:    August 26, 2014      HADDAD & SHERWIN
5
6                                 /s/ Michael J. Haddad
                                   MICHAEL J. HADDAD
7                                  Attorneys for Plaintiff
                                   HARRISON LUTHER ORR
8
9  Dated:    August 26, 2014      KAMALA D. HARRIS
                                   Attorney General of California
10                                 PETER A. MESHOT
                                   Supervising Deputy Attorney General
11
12                                 /s/ Stephen C. Pass*
                                   STEPHEN C. PASS
13                                 Deputy Attorney General
14                                 Attorney for Defendants
                                   CALIFORNIA HIGHWAY PATROL, CHP
15                                 OFFICERS BRAME and PLUMB
16 * Mr. Pass provided his consent that this document be
17 electronically filed.
18
19
20
21
22
23
24
25
26
27
28
   2:14-cv-0585-WBS-EFB: STIPULATION AND (PROPOSED) ORDER TO AMEND SCHEDULING
   ORDER TO CONTINUE DISCOVERY/MOTION DEADLINES, PRETRIAL CONFERENCE, AND TRIAL  5

## ORDER

Pursuant to stipulation of the parties and good cause appearing therefore, IT IS SO ORDERED.

Dated:   August 26, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2:14-cv-0585-WBS-EFB: STIPULATION AND (PROPOSED) ORDER TO AMEND SCHEDULING ORDER TO CONTINUE DISCOVERY/MOTION DEADLINES, PRETRIAL CONFERENCE, AND TRIAL   1