1  MICHAEL J. HADDAD (State Bar No. 189114)
   JULIA SHERWIN  (State Bar No. 189268)
2  GENEVIEVE K. GUERTIN (State Bar No. 262479)
   T. KENNEDY HELM (State Bar No. 282319)
3  HADDAD & SHERWIN
   505 Seventeenth Street
4  Oakland, California 94612
   Telephone: (510) 452-5500
5  Fax: (510) 452-5510

6
   Attorneys for Plaintiff
7  HARRISON LUTHER ORR

8
                    **UNITED STATES DISTRICT COURT**
9
                    **EASTERN DISTRICT OF CALIFORNIA**
10

11

12 HARRISON LUTHER ORR,            )
   Individually,                    )
13                                  )   Case No. 2:14-cv-0585-WBS-EFB
              Plaintiff,            )
14                                  )
   vs.                              )
15                                  )   **STIPULATION AND (~~PROPOSED~~)**
   CALIFORNIA HIGHWAY PATROL, a    )   **ORDER RE: HEARING DATE FOR**
16 public entity; STATE OF CALIFORNIA, )   **PLAINTIFF'S MOTION TO COMPEL**
   a public entity; CALIFORNIA      )
17 HIGHWAY PATROL OFFICERS          )
   BRAME, PLUMB, and DOES 1-10,    )
18 individually,                    )
                                    )
19            Defendants.           )
                                    )
20 _____  )

21

2:14-cv-0585-WBS-EFB: STIPULATION AND (~~PROPOSED~~) ORDER RE: HEARING DATE FOR PLAINTIFF'S
MOTION TO COMPEL                                                                          1

ALL PARTIES, THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE as follows:

Plaintiff filed his Notice and Motion to Compel Production of Documents, Depositions and for Sanctions pursuant to Local Rule 251(a) on October 15, 2014, to be heard on November 5, 2014. (Doc. No. 33). On October 17, 2014, the Court vacated Plaintiff's Motion due to the Court's unavailability for the date selected (November 5, 2014). (Doc. No. 35).

Accordingly, the parties hereby stipulate and agree that Plaintiff's Motion to Compel will be heard on November 12, 2014, the Court's next available law and motion hearing date, and that any further discovery ordered by the Court after hearing Plaintiff's Motion shall occur no later than November 30, 2014.

All other dates in this matter shall remain unchanged.

Dated: October 21, 2014        HADDAD & SHERWIN

/s/ *Genevieve K. Guertin*
GENEVIEVE K. GUERTIN
Attorneys for Plaintiff
HARRISON LUTHER ORR

Dated: October 21, 2014        KAMALA D. HARRIS
Attorney General of California
PETER A. MESHOT
Supervising Deputy Attorney General


/s/ *Stephen C. Pass**
STEPHEN C. PASS
Deputy Attorney General
Attorney for Defendants
CALIFORNIA HIGHWAY PATROL, CHP OFFICERS BRAME and PLUMB

* Mr. Pass provided his consent that this document be electronically filed.

2:14-cv-0585-WBS-EFB: STIPULATION AND (~~PROPOSED~~) ORDER RE: HEARING DATE FOR PLAINTIFF'S MOTION TO COMPEL                                                                                                                    1

1 **(PROPOSED) ORDER**

2 Pursuant to stipulation of the parties and good cause appearing therefore, IT IS SO
3 ORDERED.

4 Dated:  October 22, 2014.

5 _____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE