1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   HARRISON ORR,                          No.  2:14-cv-585-WBS-EFB

12              Plaintiff,

13        v.                                 <u>ORDER</u>

14   CALIFORNIA HIGHWAY PATROL, a
     public entity; STATE OF CALIFORNIA, a
15   public entity; CALIFORNIA HIGHWAY
     PATROL OFFICERS BRAME and
16   PLUMB, individually, and DOES 1
     through 10, Individually,
17
                Defendants.
18

19

20        On November 14, 2014, the court granted plaintiff's motion to compel further depositions

21   of defendants Brame and Plumb.  ECF No. 49.  The order also provided that defendants and/or

22   their attorneys shall pay the entire cost of the additional videotaped depositions.  *Id*. at 2.  On

23   January 21, 2015, plaintiff's counsel, Genevieve Guertin, submitted a declaration providing that

24   the total costs of reconvening the depositions of defendants Brame and Plumb was $1,624.05.

25   ECF No. 60 ¶ 13.

26        Pursuant to the court's November 14, 2014 order, ECF No. 49, and having considered the

27   declaration of Genevieve Guertin and the attachments thereto, ECF No. 60, within fourteen days

28   /////

                                        1

1  of this order, defendants and/or their attorneys shall reimburse plaintiff the costs incurred in

2  reconvening the depositions of Brame and Plumb in the total amount of $1,624.05.

3      So Ordered.

4  DATED:  January 29, 2015.

5                              EDMUND F. BRENNAN
                                UNITED STATES MAGISTRATE JUDGE