UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRISON ORR,<br><br>    Plaintiff,<br><br>  v.<br><br>CALIFORNIA HIGHWAY PATROL, a public entity; STATE OF CALIFORNIA, a public entity; CALIFORNIA HIGHWAY PATROL OFFICERS BRAME and PLUMB, individually, and DOES 1 through 10, Individually,<br><br>    Defendants. | No.  2:14-cv-585-WBS-EFB<br><br>ORDER |

On November 14, 2014, the court granted plaintiff's motion to compel further depositions of defendants Brame and Plumb. ECF No. 49. The order also provided that defendants and/or their attorneys shall pay the entire cost of the additional videotaped depositions. *Id*. at 2. On January 21, 2015, plaintiff's counsel, Genevieve Guertin, submitted a declaration providing that the total costs of reconvening the depositions of defendants Brame and Plumb was $1,624.05. ECF No. 60 ¶ 13.

Pursuant to the court's November 14, 2014 order, ECF No. 49, and having considered the declaration of Genevieve Guertin and the attachments thereto, ECF No. 60, within fourteen days

/////

1 of this order, defendants and/or their attorneys shall reimburse plaintiff the costs incurred in
2 reconvening the depositions of Brame and Plumb in the total amount of $1,624.05.
3     So Ordered.
4 DATED: January 29, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE