1  MICHAEL J. HADDAD (State Bar No. 189114)
2  JULIA SHERWIN  (State Bar No. 189268)
   GENEVIEVE K. GUERTIN (State Bar No. 262479)
3  T. KENNEDY HELM (State Bar No. 282319)
   HADDAD & SHERWIN LLP
4  505 Seventeenth Street
   Oakland, California 94612
5  Telephone: (510) 452-5500
   Fax: (510) 452-5510
6
7  Attorneys for Plaintiff
   HARRISON LUTHER ORR
8

9                  **UNITED STATES DISTRICT COURT**

10                 **EASTERN DISTRICT OF CALIFORNIA**

11

12 | HARRISON LUTHER ORR, | ) |
13 | Individually,         | ) |
   |                       | ) | Case No. 2:14-cv-0585-WBS-EFB
14 | Plaintiff,            | ) |
   | vs.                   | ) | **STIPULATION AND** ~~**PROPOSED**~~
15 |                       | ) | **ORDER REGARDING SEALING OR**
   | CALIFORNIA HIGHWAY PATROL, a | ) | **LOCKING ECF 54-25**
16 | public entity; STATE OF CALIFORNIA, | ) |
   | a public entity; CALIFORNIA | ) |
17 | HIGHWAY PATROL OFFICERS | ) |
   | BRAME, PLUMB, and DOES 1-10, | ) |
18 | individually,         | ) |
19 |                       | ) |
   | Defendants.           | ) |
20 |                       | ) |
21

28 2:14-cv-0585-WBS-EFB: STIP. AND PROPOSED ORDER TO SEAL/LOCK ECF 54-25.

The parties in this case, by and through their counsel of record, hereby stipulate, and request this Court to order, that Exhibit 26 (ECF 54-25) to the Declaration of T. Kennedy Helm in Support of Plaintiff's Motion for Partial Summary Judgment (ECF 54) be sealed or locked. Plaintiff will replace the current Exhibit 26 with a new Exhibit 26 containing no confidential material. This joint request is based on the following:

1. Defendants inadvertently did not clearly designate the material comprising Exhibit 26 (ECF 54-25) as confidential pursuant to the terms of the Protective Order (ECF 30) until *after* Plaintiff had filed it as an exhibit and Plaintiff did not give notice beforehand to Defendants that it was filing ECF 54-25.
2. Defendant State of California, appearing by and through the Department of California Highway Patrol (CHP), greys out sections of the Highway Patrol Manual (HPM) to indicate material which it restricts from public disclosure because such disclosure could jeopardize officer safety.
3. Plaintiff's current Exhibit 26 (ECF 54-25) contains a substantial amount of greyed-out text in HPM 70.6, Chapter 2.
4. Defendants are concerned that the material in Exhibit 26 (ECF 54-25) should not be in the public domain for officer-safety reasons.
5. Plaintiff agrees to file a new Exhibit 26 which Defendants agree contains no confidential material that requires it to be sealed.

SO STIPULATED.

Dated: January 28, 2015                              HADDAD & SHERWIN LLP

                                                     /s/ *T. Kennedy Helm*
                                                     T. KENNEDY HELM
                                                     Attorneys for Plaintiff
                                                     HARRISON LUTHER ORR

| | |
|---|---|
| Dated: February 4, 2015 | KAMALA D. HARRIS<br>Attorney General of California<br>PETER A. MESHOT<br>Supervising Deputy Attorney General<br><br>/s/ *Stephen C. Pass*\*<br>STEPHEN C. PASS<br>Deputy Attorney General<br>Attorney for Defendants<br>STATE OF CALIFORNIA, APPEARING BY AND THROUGH DEPARTMENT OF CALIFORNIA HIGHWAY PATROL, TERRY PLUMB AND JAY BRAME |

\* Mr. Pass provided his consent that this document be electronically filed.

**ORDER**

This Court orders that Exhibit 26 (ECF 54-25) to the Declaration of T. Kennedy Helm in Support of Plaintiff's Motion for Summary Judgment (ECF 54) be sealed.  Plaintiff will file a new Exhibit 26 to replace it that does not contain any material that Defendants consider confidential. IT IS SO ORDERED.

Dated:  February 9, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE