MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN  (State Bar No. 189268)
GENEVIEVE K. GUERTIN (State Bar No. 262479)
T. KENNEDY HELM (State Bar No. 282319)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Fax: (510) 452-5510

Attorneys for Plaintiff
HARRISON LUTHER ORR

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HARRISON LUTHER ORR, Individually, <br><br> Plaintiff, <br> vs. <br><br> CALIFORNIA HIGHWAY PATROL, a public entity; STATE OF CALIFORNIA, a public entity; CALIFORNIA HIGHWAY PATROL OFFICERS BRAME, PLUMB, and DOES 1-10, individually, <br><br> Defendants. | Case No. 2:14-cv-0585-WBS-EFB <br><br> **STIPULATION AND** ~~**PROPOSED**~~ **ORDER REGARDING SEALING OR LOCKING ECF 54-25** |

2:14-cv-0585-WBS-EFB: STIP. AND PROPOSED ORDER TO SEAL/LOCK ECF 54-25.

The parties in this case, by and through their counsel of record, hereby stipulate, and request this Court to order, that Exhibit 26 (ECF 54-25) to the Declaration of T. Kennedy Helm in Support of Plaintiff's Motion for Partial Summary Judgment (ECF 54) be sealed or locked. Plaintiff will replace the current Exhibit 26 with a new Exhibit 26 containing no confidential material. This joint request is based on the following:

1. Defendants inadvertently did not clearly designate the material comprising Exhibit 26 (ECF 54-25) as confidential pursuant to the terms of the Protective Order (ECF 30) until *after* Plaintiff had filed it as an exhibit and Plaintiff did not give notice beforehand to Defendants that it was filing ECF 54-25.
2. Defendant State of California, appearing by and through the Department of California Highway Patrol (CHP), greys out sections of the Highway Patrol Manual (HPM) to indicate material which it restricts from public disclosure because such disclosure could jeopardize officer safety.
3. Plaintiff's current Exhibit 26 (ECF 54-25) contains a substantial amount of greyed-out text in HPM 70.6, Chapter 2.
4. Defendants are concerned that the material in Exhibit 26 (ECF 54-25) should not be in the public domain for officer-safety reasons.
5. Plaintiff agrees to file a new Exhibit 26 which Defendants agree contains no confidential material that requires it to be sealed.

SO STIPULATED.

Dated: January 28, 2015					HADDAD & SHERWIN LLP


							/s/ *T. Kennedy Helm*
							T. KENNEDY HELM
							Attorneys for Plaintiff
							HARRISON LUTHER ORR

Dated: February 4, 2015

KAMALA D. HARRIS
Attorney General of California
PETER A. MESHOT
Supervising Deputy Attorney General

/s/ *Stephen C. Pass*\*
STEPHEN C. PASS
Deputy Attorney General
Attorney for Defendants
STATE OF CALIFORNIA, APPEARING BY AND THROUGH DEPARTMENT OF CALIFORNIA HIGHWAY PATROL, TERRY PLUMB AND JAY BRAME

\* Mr. Pass provided his consent that this document be electronically filed.

**ORDER**

This Court orders that Exhibit 26 (ECF 54-25) to the Declaration of T. Kennedy Helm in Support of Plaintiff's Motion for Summary Judgment (ECF 54) be sealed. Plaintiff will file a new Exhibit 26 to replace it that does not contain any material that Defendants consider confidential. IT IS SO ORDERED.

Dated: February 9, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE