KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
PETER A. MESHOT, State Bar No. 117061
Supervising Deputy Attorney General
STEPHEN C. PASS, State Bar No. 131179
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 322-2558
 Fax: (916) 322-8288
 E-mail: Stephen.Pass@doj.ca.gov
*Attorneys for Defendants State of California, appearing by and through the Department of California Highway Patrol, Terry Plumb and Jay Brame*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **HARRISON ORR, Individually,**<br><br>                                        Plaintiff,<br><br>          v.<br><br>**CALIFORNIA HIGHWAY PATROL OFFICERS BRAME, PLUMB, and DOES 1-10, individually,**<br><br>                                        Defendants. | 2:14-cv-585-WBS-EFB<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO ALLOW TRIAL TESTIMONY OF SGT. SHIRLEY KELLY BY VIDEO RECORDED DEPOSITION**<br><br>Trial Date:    June 2, 2015<br>Time:           9:00 a.m.<br>Courtroom:  5<br>Judge:          The Honorable William B. Shubb<br><br>Action Filed: March 3, 2014 |

All parties, through their respective counsel of record, hereby stipulate, and request this court to order that non-party California Highway Patrol (CHP) Sergeant Shirley Kelly be allowed to testify at trial by video-recorded deposition for the following reasons:

1. Trial in this matter is scheduled to begin on June 2, 2015 and is expected to last from 5 – 12 court days.

2. CHP Sergeant Shirley Kelly is a percipient witness to some of the events of the incident which is the subject of this lawsuit.

1

3. Both parties intend to call Sgt. Kelly as a witness to provide percipient witness testimony during the trial of this matter.

4. Sgt. Kelly has advised that she will be out of state on vacation from May 21 through June 21, 2015 and is unavailable for trial as presently scheduled.

5. The parties have agreed to conduct a video recorded deposition of Sgt. Kelly's trial testimony on or about April 29, 2015 at the Office of the Attorney General in Sacramento, California. Defendants will produce Sgt. Kelly for deposition pursuant to Plaintiff's trial subpoena of Sgt. Kelly, served on Defendants' counsel by agreement, and pursuant to this stipulation. Defendants will also obtain a court reporter and videographer for the proceeding and will provide Plaintiff with copies of the written transcript and of the video recording of the deposition for use at trial at Defendants' expense.

6. Should the deposition not go forward as presently scheduled for reasons unforeseen by the parties, it will be rescheduled to a date agreeable to the parties as soon as possible which is no later than May 15, 2015.

7. The parties further agree that Sgt. Kelly's testimony at the deposition will be admissible at trial as an exception to the hearsay rule pursuant to Federal Rules of Evidence, Rule 804(b)(1) when offered by any party. All other objections are expressly reserved. Form objections normally required to be interposed during a deposition or waived must be interposed during the this deposition or waived.

SO STIPULATED.

Dated: April 9, 2015

KAMALA D. HARRIS
Attorney General of California
PETER A. MESHOT
Supervising Deputy Attorney General

*/s/Stephen C. Pass*

STEPHEN C. PASS
Deputy Attorney General
*Attorneys for Defendants State of California, appearing by and through the Department of California Highway Patrol, Terry Plumb and Jay Brame*

Dated: April 9, 2015                                         HADDAD & SHERWIN LLP

                                                                                  */s/ Michael J. Haddad*
                                                                                  MICHAEL J. HADDAD

                                                                                  Attorneys for Plaintiff
                                                                                  HARRISON LUTHER ORR

### ORDER

This Court orders that the parties may take the video recorded deposition of non-party witness CHP Sergeant Shirley Kelly on or before May 15, 2015 in order to obtain her trial testimony due to her unavailability for trial. Defendants will produce Sgt. Kelly for deposition pursuant to Plaintiff's trial subpoena of Sgt. Kelly, served on Defendants' counsel by agreement, and pursuant to the stipulation of the parties herein. Defendants will obtain a court reporter and videographer for the proceeding and will provide Plaintiff with copies of the written transcript and of the video recording of the deposition at Defendants' expense. Sgt. Kelly's testimony at the deposition will be admissible at trial as an exception to the hearsay rule pursuant to Federal Rules of Evidence, Rule 804(b)(1) when offered by any party. All other objections are expressly reserved. Form objections normally required to be interposed during a deposition or waived must be interposed during the this deposition or waived.

IT IS SO ORDERED.

        Dated: April 14, 2015

                                                                  _____
                                                                  WILLIAM B. SHUBB
                                                                  UNITED STATES DISTRICT JUDGE

SA2014312527
11836759.doc