UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

HARRISON ORR,

       Plaintiff,

   v.

CALIFORNIA HIGHWAY PATROL, a
public entity; STATE OF
CALIFORNIA, a public entity;
CALIFORNIA HIGHWAY PATROL
OFFICERS BRAME, PLUMB, and
DOES 1-10 individually,

       Defendants.

CIV. NO. 2:14-585 WBS EFB

FINAL PRETRIAL ORDER

----oo0oo----

      A Final Pretrial Conference was held in this matter,
pursuant to the provisions of Rule 16(d) of the Federal Rules of
Civil Procedure and Local Rule 282, on April 13, 2015.  Michael
J. Haddad appeared as counsel for plaintiff, and Stephen C. Pass
appeared as counsel for defendants.  Following the conference,
the court enters this Final Pretrial Order:

///

1

1  I.   Jurisdiction – Venue

2              Jurisdiction is predicated upon federal question

3  jurisdiction, 28 U.S.C. § 1331, 1343, because plaintiff's claims

4  arise under 42 U.S.C. § 1983, the Americans with Disabilities

5  Act, 42 U.S.C. §§ 12101 et seq., and the Rehabilitation Act, 29

6  U.S.C. §§ 701 et seq.  Supplemental jurisdiction is predicated

7  upon 28 U.S.C. § 1367.  Venue is undisputed and is hereby found

8  to be proper.

9  II.   Jury – Non-Jury

10             All parties have demanded a jury trial.  Accordingly,

11  the action shall be tried, pursuant to Federal Rule of Civil

12  Procedure 48, before a jury consisting of no less than six and no

13  more than twelve members.

14  III.   Jury Instructions and Proposed Form of Verdict

15             No later than ten court days before the trial date,

16  counsel for plaintiff shall lodge and serve, pursuant to Local

17  Rule 163, copies of all jury instructions that plaintiff requests

18  be given on plaintiff's claims.  At that time, counsel for

19  plaintiff shall also file and serve a copy of a proposed form of

20  verdict.

21             No later than seven court days before the trial date,

22  counsel for defendants shall file and serve any objections to the

23  instructions proposed by plaintiff.  At the same time, counsel

24  for defendants shall lodge and serve, pursuant to Local Rule 163,

25  copies of any and all jury instructions not already proposed by

26  plaintiff, which defendants requests be given.  Also at that

27  time, counsel for defendants shall file and serve a copy of any

28  proposed form of verdict and shall also file any objections to

1  plaintiff's proposed form of verdict.

2        No later than four court days before the trial date,
3  counsel for plaintiff shall file and serve any objections to the
4  instructions proposed by defendants and to any proposed form of
5  verdict.  The verdict form shall include all questions which
6  counsel contend the jury will need to answer in order to provide
7  the court with sufficient facts to rule upon defendants' claim of
8  qualified immunity.

9        Pursuant to Local Rule 163, any other instructions
10 thereafter presented will be refused unless it is shown either:
11 (1) that the necessity for the request arose in the course of
12 trial; could not reasonably have been anticipated prior to trial
13 from the pleadings, discovery or nature of the action; and the
14 request for such additional instructions is presented to the
15 Court as promptly as possible; or (2) that the refusal to give
16 such instructions would constitute plain error.

17       Likewise, any objections to proposed instructions not
18 made in accordance with this order will be overruled as untimely
19 unless it is shown either: (1) that the grounds therefor arose in
20 the course of trial and the intention to make such objections is
21 communicated to the Court as promptly as possible, or (2) that
22 the giving of such instructions would constitute plain error.

23 IV.  Voir Dire Questions

24       No later than fourteen calendar days before the trial
25 date, counsel for each party shall submit all proposed jury voir
26 dire questions.  Each side shall have one-and-a-half hours to
27 question jurors.

28 V.  Trial Briefs

3

1  No later than fourteen calendar days before the trial

2  date, counsel for each party shall file trial briefs pursuant to

3  Local Rule 285.

4  VI.  Remaining Claims

5  Plaintiff's counsel stated plaintiff will abandon his

6  claim for negligence under California law.  Plaintiff's remaining

7  claims for trial against defendants Brame and Plumb are (1)

8  excessive force in violation of the Fourth Amendment, 42 U.S.C. §

9  1983; (2) unlawful arrest in violation of the Fourth Amendment,

10  42 U.S.C. § 1983; (3) excessive force, false arrest, bodily

11  restraint, harm or personal insult in violation of Cal. Civil

12  Code section 52.1; (4) assault and battery; (5) false arrest or

13  imprisonment; and (6) violation of the Rehabilitation Act and

14  Title II of the Americans with Disabilities Act.

15  VII.  Witnesses

16  (A)  Plaintiff anticipates calling the witnesses

17  identified at Exhibit "A" attached hereto.

18  (B)  Defendants anticipate calling the witnesses

19  identified at Exhibit "B" attached hereto.

20  (C)  Except for retained experts, each party may call

21  any witness designated by any other party.

22  (D)  No other witnesses will be permitted to testify at

23  trial unless:

24  (1)  all parties stipulate that the witness may

25  testify;

26  (2)  the party offering the witness demonstrates

27  that the witness is for the purpose of rebutting evidence which

28  could not have been reasonably anticipated at the time of the

4

1    Pretrial Conference; or

2                  (3)  the witness was discovered after the Pretrial

3    Conference.

4             (E)   Testimony of a witness not designated in this

5    Order, which is offered under paragraph VII(D)(3), above, upon

6    the grounds that the witness was discovered after the Pretrial

7    Conference, will not be permitted unless:

8                  (1)  the testimony of the witness could not

9    reasonably have been discovered prior to the Pretrial Conference;

10                 (2)  the court and opposing counsel were promptly

11   notified upon discovery of the testimony; and

12                 (3)  counsel proffered the witness for deposition

13   if time permitted or provided all opposing counsel a reasonable

14   summary of the testimony if time did not permit a deposition.

15   VIII.  <u>Exhibits</u>

16            (A)  Plaintiff intends to offer the exhibits identified

17   at Exhibit "C" attached hereto.

18            (B)  Defendants intend to offer the exhibits identified

19   at Exhibit "D" attached hereto.

20            (C)  Each party may offer any exhibit designated by any

21   other party.

22            (D)  No other exhibits will be received in evidence

23   unless:

24                 (1)  all parties stipulate that the exhibit may be

25   received in evidence;

26                 (2)  the party offering the exhibit demonstrates

27   that the exhibit is for the purpose of rebutting evidence which

28   could not have been reasonably anticipated at the time of the

                                    5

1   Pretrial Conference; or

2                    (3)  the exhibit was discovered after the Pretrial

3   Conference.

4             (E)   An exhibit not designated in this Order, which is

5   offered under paragraph VIII(D)(3), above, upon the grounds that

6   the exhibit was discovered after the Pretrial Conference, will

7   not be received in evidence unless:

8                    (1)  the exhibit could not reasonably have been

9   discovered prior to the Pretrial Conference;

10                    (2)   the court and opposing counsel were promptly

11   notified upon discovery of the exhibit; and

12                    (3)  counsel provided copies of the exhibit to all

13   opposing counsel if physically possible or made the exhibit

14   reasonably available for inspection by all opposing counsel if

15   copying was not physically possible.

16             (F)   Each party shall exchange copies of all exhibits

17   identified in this Order, or make them reasonably available for

18   inspection by all other parties, no later than seven calendar

19   days before the trial date.  Any and all objections to such

20   exhibits shall be filed and served not later than four calendar

21   days before the trial date.

22             (G)   The attorney for each party is directed to appear

23   before trial and present an original (and if physically possible

24   one copy) of each exhibit to Deputy Clerk Karen Kirksey Smith at

25   8:30 a.m. on the date of trial.

26             (H)   Each exhibit which has been designated in this

27   Order and presented on the morning of the date of trial shall be

28   pre-marked by counsel.  Plaintiff's exhibits shall bear numbers;

1   defendants' exhibits shall bear letters.  If no objection has

2   been made to such exhibit pursuant to paragraph VIII(F), above,

3   such exhibit will require no further foundation and will be

4   received in evidence upon the motion of any party at trial.

5   IX.   <u>Further Discovery and Motions</u>

6           At the pre-trial conference, the parties addressed

7   motions in limine they intended to bring, although no motions in

8   limine have been filed as of the time this Order is signed.  The

9   court will be better able to rule on those evidentiary objections

10  in the course of trial.  In addition, the following preliminary

11  determinations were made:

12          (1) if plaintiff seeks to introduce evidence of any

13  previous complaints against defendants, or if defendants intend

14  to introduce evidence of plaintiff's previous history, including

15  his anger management problems or his participation in the Golden

16  Gloves boxing competition, parties shall first address the court

17  at sidebar outside the presence of the jury; and

18          (2) with respect to plaintiff's objection as stated in

19  plaintiff's pretrial statement § 5(3), defendants stipulated that

20  they would not specifically argue that they could have been sued

21  if plaintiff had caused an accident had they released him at the

22  time of the incident.

23          Parties are reminded that they must preserve their

24  evidentiary objections at the time of trial.  Motions in limine

25  should be restricted to issues where there is a risk that a bell

26  could be rung at trial that cannot later be unrung, resulting in

27  a mistrial.

28          Except for motions in limine, no further motions shall

1   be brought before trial except upon order of the court and upon a

2   showing of manifest injustice.  Fed. R. Civ. P. 16(e).  No

3   further discovery will be permitted except by the express

4   stipulation of all parties or upon order of the court and upon a

5   showing of manifest injustice.  Id.

6   X.  Use of Depositions or Interrogatories

7        No later than twenty calendar days before the trial

8   date, counsel for each party shall file and serve a statement

9   designating all answers to interrogatories and all portions of

10  depositions intended to be offered or read into evidence, with

11  the exception of portions to be used only for impeachment or

12  rebuttal.  No later than ten calendar days before the trial date,

13  counsel for any other party may file and serve a counter-

14  designation of other portions of the same depositions intended to

15  be offered or read into evidence and may file evidentiary

16  objections to any other parties' designation.  No later than

17  seven calendar days before the trial date, the parties may file

18  evidentiary objections to any other party's counter-designation.

19  XI.  Date and Length of Trial

20       The trial is set for June 2, 2015, in Courtroom No. 5.

21  The court estimates that the trial will last approximately seven

22  to ten court days.

23  XII. Settlement Conference

24       A settlement conference is scheduled before Judge

25  Newman on May 27 at 9:30 a.m. in Courtroom 25, 8th Floor.  Each

26  party is directed to have a principal capable of disposition at

27  the Settlement Conference or to be fully authorized to settle the

28  matter on any terms at the Settlement Conference.  Each party is

8

1    further directed to submit via email to

2    KJNorders@caed.uscourts.gov a confidential settlement conference

3    statement no later than 12:00 p.m. on May 20, 2015. Such

4    statements are not to be filed with the clerk, although the

5    parties may agree, or not, to serve each other with the

6    settlement statements.  However, each party shall e-file a one-

7    page document entitled "Notice of Submission of Confidential

8    Settlement Conference Statement."  The Confidential Settlement

9    Conference Statement shall not be disclosed to the trial judge.

10   XIII.   Daubert Procedure

11          Any challenges based on Daubert v. Merrell Dow

12   Pharmaceuticals, Inc., 509 U.S. 579 (1993) and Kumho Tire Co. v.

13   Carmichael, 526 U.S. 137 (1999) will be raised and resolved

14   outside the presence of the jury just prior to when the

15   challenged expert will be called to give testimony.  Any

16   challenged expert shall be present for such a challenge, and

17   shall be available for questioning.

18   XIV.   Evidence Presentation Equipment

19          If any party feels that electronic presentation is

20   necessary, they should contact the Courtroom Deputy prior to

21   trial to determine what equipment the court has and how to use

22   that equipment or bring their own audio visual equipment to the

23   courtroom and be prepared to operate it themselves.

24   XV.   Objections to Pretrial Order

25          Any objections or suggested modifications to this

26   Pretrial Order shall be filed and served within five court days

27   from the file-stamped date of this Order.  All references herein

28   to the date of this Order shall refer to the date the tentative

9

1    order is filed and not to the date any amended order is filed.

2    If no objections or modifications are made, this Order will

3    become final without further order of the Court and shall control

4    the subsequent course of the action, pursuant to Rule 16(e) of

5    the Federal Rules of Civil Procedure.

6

7    Dated:   April 14, 2015

8

9                          WILLIAM B. SHUBB
                           UNITED STATES DISTRICT JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1             Exhibit A: Plaintiff's Witnesses

2      1.    (Plaintiff) Harrison Luther Orr, Address: c/o Haddad &

3            Sherwin LLP, 505 17th Street, Oakland, CA 94612;

4      2.    Eve Bolton (Plaintiff's Wife), Address: c/o Haddad &

5            Sherwin LLP, 505 17th Street, Oakland, CA 94612;

6      3.    Lawrence Orr (Plaintiff's Son), Address: c/o Haddad &

7            Sherwin LLP, 505 17th Street, Oakland, CA 94612;

8      4.    Deputy Roz McDaniel (or the current Custodian of Video

9            Recordings), Sacramento County Sheriff's Department, Main

10           Jail Archives, c/o Court Liaison Office, Sacramento

11           County Sheriff's Department, 901 G St. Rm. 131,

12           Sacramento, CA;

13     5.    Thomas Gill, SRO II, #524 (or the current Custodian of

14           Jail Booking Records), Main Jail Archives, c/o Court

15           Liaison Office, Sacramento County Sheriff's Department,

16           901 G St. Rm. 131, Sacramento, CA;

17     6.    Vivian Koll, R.N., Sacramento County Sheriff's Department

18           Correctional Health Services, c/o Court Liaison Office,

19           Sacramento County Sheriff's Department, 901 G St. Rm.

20           131, Sacramento, CA;

21     7.    Kathleen Wainscott (or the current Custodian of Jail

22           Medical Records), Medical Records, Sacramento County

23           Sheriff's Department Correctional Health Services, c/o

24           Court Liaison Office, Sacramento County Sheriff's

25           Department, 901 G St. Rm. 131, Sacramento, CA;

26     8.    Theresa Lopez, Custodian of Records (or the current

27           Custodian of Records), Sacramento Metropolitan Fire

28           District, 10545 Armstrong Ave., Ste. 200, Mather, CA

                              11

```
 1          95655;
 2     9.   Custodian of Records, Sacramento Regional Fire/EMS
 3          Communications Center, 10230 Systems Pkwy., Sacramento,
 4          CA 95827;
 5    10.   Roger A. Clark (Plaintiff's Police Practices Expert
 6          Witness), 10207 Molino Rd., Santee, CA 92071;
 7    11.   Curtis Cope (Defendants' Rebuttal Police Practices Expert
 8          Witness), 8531 Palermo Drive, Huntington Beach, CA 92646-
 9          2626;
10    12.   Custodian of Records and/or Person Most Knowledgeable,
11          California Department of Motor Vehicles, c/o DMV Legal
12          Affairs Division, 2415 First Ave., C-128, Sacramento, CA
13          95818;
14    13.   Custodian of Records, Release of Information Office,
15          Sacramento Veterans Administration Medical Center, 10535
16          Hospital Way, Mather, CA 95655;
17    14.   Dawn Balance, R.O.I. Assistant II, Custodian of Records
18          (or the current Custodian of Records), Mercy San Juan
19          Medical Center, Release of Information Department, 916-
20          854-2090, 10545 White Rock Road, Ste. 150, Rancho
21          Cordova, CA 95670;
22    15.   Dr. Asad Ali Chaudhary, M.D., Neurology Team, Mercy San
23          Juan Medical Center, Mercy Medical Group—Elk Grove, 8220
24          Wymark Dr., Elk Grove, CA 95757;
25    16.   Dr. Satyen H. Matani, M.D., Hospitalist Team, Mercy San
26          Juan Medical Center, Methodist Hospital of Sacramento,
27          7500 Hospital Dr., Sacramento, CA 95823;
28    17.   Dr. Simon Chan, M.D. Address: Chan & Chen MDs, 2560 N.
```

1   Texas St., Ste. C, Fairfield, CA 94533;

2   18.  (Defendant) Officer Jay Brame, California Highway Patrol;

3   19.  (Defendant) Officer Terrence Plumb, California Highway

4        Patrol;

5   20.  Sergeant Ronnie Stott, California Highway Patrol;

6   21.  Sergeant Shirley Kelly, California Highway Patrol

7   22.  Officer Eric Hannem, California Highway Patrol;

8   23.  Officer James Gutierrez, California Highway Patrol;

9   24.  Sergeant Jennifer Hannum, California Highway Patrol

10       (Defendants' Expert Witness; also Rule 30(b)(6) Witness);

11  25.  Commander Mieko S. Epps, Fiscal Management Section,

12       California Highway Patrol;

13  26.  Sergeant Jeffrey Carlisle, California Highway Patrol;

14  27.  William Michael Baldwin, Public Safety Communications

15       Section, California Office of Emergency Services

16       (Defendants' Rule 30(b)(6) Witness on Loss of Dispatch

17       Audio);

18  28.  Robyn Lee Snow, Public Safety Dispatch Supervisor I,

19       California Highway Patrol (Defendants' Rule 30(b)(6)

20       Witness on Loss of Dispatch Audio).

21

22

23

24

25

26

27

28

13

Exhibit B: Defendants' Witnesses

1. Defendant CHP Officer Jay Brame

2. Defendant CHP Officer Terrence Plumb

3. CHP Sergeant Shirley Kelly, California Highway Patrol Auburn
   Area Office, 9440 Indian Hill Road, Newcastle, CA 95658-0709

4. CHP Sergeant Ronnie Stott, California Highway Patrol -
   Hollister-Gilroy Area  Office, 740 Renz Lane, Gilroy, CA
   95020

5. CHP Officer Kevin Craig, California Highway Patrol, Office of
   the Academy, 3500 Reed Avenue, West Sacramento, CA  95605

6. CHP Sergeant Jeffrey Carlisle, California Highway Patrol,
   Office of the Academy, 3500 Reed Avenue, West Sacramento, CA
   95605

7. CHP Lieutenant Ken Roberts, California Highway Patrol, 601
   North 7th Street, Sacramento, CA 95811.

8. CHP Officer James Gutierrez, CHP - North Sacramento Area
   Office, 5109 Tyler Street, Sacramento  CA 95841.

9. Plaintiff Harrison Orr, address known to Plaintiff.

10. Eve Bolton Orr, address known to Plaintiff.

11. Lawrence Orr, address known to Plaintiff.

12. Joseph Maio, Assistant Information Systems Analyst,
    Department of Justice, Office of the Attorney General, 1300 I
    Street, Sacramento, CA 95814 (authentication of Sac. Co. Jail
    video).

13. Stevie Shevey, Case Manager, Litigation Support, Department

14

of Justice, Office of the Attorney General, 1300 I Street, Sacramento, CA 95814 (authentication of Sac. Co. Jail video).

14. Jen Stewart, Legal Analyst, Litigation Support, Department of Justice, Office of the Attorney General, 1300 I Street, Sacramento, CA 95814 (authentication of Sac. Co. Jail video).

15. Thomas Kennedy Helm, IV, Haddad & Sherwin, 505 Seventeenth St., Oakland, CA 94612 (authentication of Sac. Co. Jail video).

16. Custodian of Records, Video Recordings, Sacramento Co. Sheriff's Department, Main Jail Archives, 651 I Street, Sacramento, CA 95814.

17. Custodian of Records, Jail Booking Records, Sacramento Co. Sheriff's Department, Main Jail Archives, 651 I Street, Sacramento, CA 95814.

18. Custodian of Records for Sacramento Co. Sheriff's Department, Medical Records Unit, 651 I Street, Sacramento, CA 95814.  (916) 875-9918.

19. Custodian of Records for Sacramento Metropolitan Fire District, 10545 Armstrong Ave., Ste. 200, Mather, CA 95655. (800) 906-6552.

20. Custodian of Records for Mercy San Juan Medical Center, Medical Records, 6501 Coyle Ave., Carmichael, CA 62308. (916)537-5000.

21. Custodian of Records for Sacramento VA Medical Center, 10535 Hospital Way, Mather, CA 95655.

**EXPERT WITNESSES.**

1. CHP Officer Eric Hannem, CHP - North Sacramento Area Office, 5109 Tyler Street, Sacramento  CA 95841.  (Disclosed by Plaintiff).

15

2. CHP Sgt. Jennifer Hannum, 601 North 7th Street, Sacramento, CA 95811.  (Defendant's Reporting Expert).

3. Curtis J. Cope, 8531 Palermo Drive, Huntington Beach, CA 92646-2626.  (714)962-1931. (Defendant's Rebuttal Expert).

4. Vivian Koll, R.N., 8961 Panamint Court, Elk Grove, CA 95624.  (Treating Healthcare Professional).

5. Treating Healthcare Professionals at Sacramento Veterans Administration Medical Center – Mather, 10535 Hospital Way, Mather, CA 95655, (916) 843-7000:
   a. Ruby Ali, M.D.
   b. Simon Chan, M.D.
   c. Pamela Crowder, R.N.
   d. Laura Jones, DO
   e. Gregoary Hachigian, M.D.
   f. Valerie Hargiss, PT
   g. Scott Hundahl, M.D.
   h. Munish Kumar, M.D.
   i. Carter G. Mosher, M.D.
   j. William Mourad, M.D.
   k. Emily Njoroge, PA
   l. Neal Parrish, CADC II, CAMF
   m. Gary Roberts, M.D.
   n. William Smith, M.D.
   o. Joseph C. Woo, M.D.

6. Treating Healthcare Professionals at Mercy San Juan Medical Center, 6501 Coyle Ave., Carmichael, CA 95608, (916) 537-5000:
   a. Graham Chandler, OT.
   b. Rebekah Latham, D.O.
   c. Satyen Matani, M.D.
   d. Leslie McDaniel, M.D.
   e. Thomas B. McIlraith, M.D.
   f. Tim Tubra, P.T.A.
   g. Robyn Nespole, P.T.
   h. Eileen Wiseman, S.T.

7. Treating Healthcare Professionals at Sacramento Metropolitan Fire District, 10545 Armstrong Avenue, Suite 200, Mather, California 95655-4102.  (916) 859-4300.
   a. Ted Ladyman, Sac Metro Fire, #29862.
   b. Shani L. Cornell, Sac Metro Fire, #4885.

16

1          c. Scott Perryman, EMT # P20565.

1          Exhibit C: Plaintiff's Exhibits

2      1. Photograph of Mr. Orr's disabled person's license plate

3  DP 429 DP

4      2. Photographs of Mr. Orr's injuries

5      3. Photographs of Mr. Orr taken by a CHP employee while Mr.

6  Orr was in custody at the North Sacramento CHP Station

7      4. Photographs of Mr. Orr from his booking at the Sacramento

8  County Jail

9      5. Photographs of the scene of the incident (Marconi Curve)

10      6. Google Earth aerial photographs and maps of the scene

11  (Marconi Curve)

12      7. CHP MVARS video

13      8. CHP General Order 100.61 (rev'd. May 2010) Use of Mobile

14  Video/Audio Recording Systems

15      9. CHP General Order 100.61 (rev'd. Sept. 2013) Use of

16  Mobile Video/Audio Recording Systems

17      10. Excerpts from CHP DUI Enforcement Manual HPM 70.4

18  (rev'd. 2005)

19      11. Excerpts from CHP DUI Enforcement Manual HPM 70.4

20  (rev'd 1995) (pp. 2-7 – 2-15; 3-6 – 3-7; 4-11 – 4-12; 11-1 –11-

21  13)

22      12. Excerpts from CHP Traffic Enforcement Manual HPM 100.68

23  (pp. 2-3-2-5) (DOJ001723-001725)

24      13. CHP HPM 70.6, Officer Safety Manual, Chapter 21,

25  "Handcuffing/Standing/Walking/Flex-Cuffing," pp. 21-1-21-2

26  (DOJ001451-001452)

27      14. Declaration of CHP Commander of the Fiscal Management

28  Section Mieko S. Epps, declaring that CHP receives federal

18

1  funding in the form of grants from the U.S. government.

2        15. Declaration of CHP Sergeant Jeffrey Carlisle declaring

3  that CHP has no specific ADA or RA policies other than the

4  handcuffing procedures in HPM 70.6 (pp. 21-1-21-2) and the

5  policies in HPM 100.69

6        16. California Commission on Peace Officer Standards and

7  Training (POST) Learning Domain 34, First Aid & CPR Version Four,

8  pp. 5-12-5-13

9        17. California Commission on Peace Officer Standards and

10  Training (POST) Learning Domain 28, Traffic Enforcement, Version

11  Four, pp. 5-1 – 5-31

12        18. California Commission on Peace Officer Standards and

13  Training (POST) Learning Domain 20, Use of Force, Version Two,

14  pp. 2-1 – 2-16, 4-1 – end

15        19. California Commission on Peace Officer Standards and

16  Training (POST) Learning Domain 1, Leadership, Professionalism

17  and Ethics, Version Five, pp. 2-1 – end

18        20. CHP 216 (Arrest-Investigation Report)

19        21. Ofc. Brame's CHP 180 (Vehicle Report)

20        22. Ofc. Brame's Arrest Report

21        23. Ofc. Hannem's CHP 202 DRE (Drug Recognition Evaluation),

22  08/06/13

23        24. Ofc. Ronnie Stott's CHP Use of Force Report

24        25. Citation for violation of P.C. 148

25        26. Mr. Orr's Discharge Summary, 09/03/06, Veterans

26  Administration Medical Records

27        27. Mr. Orr's Progress Note, 09/05/06, Veterans

28  Administration Medical Records

28. Mr. Orr's Discharge Summary, 09/06/06

29. Mr. Orr's Primary Care Note, 10/05/12, Veterans Administration Medical Records

30. Sacramento Metropolitan Fire District Incident History for #F13070690, 06/02/13 (Mr. Orr's TIA stroke)

31. Sacramento Metropolitan Fire District Records for:#F13070690, 06/02/13 (Mr. Orr's TIA stroke)

32. Excerpt from Mr. Orr's Consultation during inpatient visit, 06/02/13-06/05/13, from Mercy San Juan Medical Center Records

33. Mr. Orr's Discharge Summary, 06/06/13, Mercy San Juan Medical Center Records

34. Sacramento Metropolitan Fire District Dispatch Audio Recording (.wav file "Audio_178516)

35. Sacramento Metropolitan Fire District Incident History for #F13101442, 08/06/13 (CHP Incident with Mr. Orr)

36. Sacramento Metropolitan Fire District Incident History for #F13101442, 08/06/13

37. Mr. Orr's Progress Note, 08/08/13, Veterans Administration Medical Records

38. Mr. Orr's Veterans Administration Records regarding treatment for injuries received in incident, 08/08/13- 08/15/13

39. Mr. Orr's Progress Note, 08/15/13, Veterans Administration Medical Records

40. Sacramento Metropolitan Fire District Dispatch Audio Recording (.wav file "Audio_178538") 08/26/13 (Eve Bolton calling regarding Mr. Orr's post-incident hip pain)

41. Sacramento Metropolitan Fire District Incident History

1   for #F13110998, 08/26/13 (Mr. Orr's post-incident hip pain)

2       42. Sacramento Metropolitan Fire District Records for:

3   #F13110998, 08/26/13 (Mr. Orr's post-incident hip pain)

4       43. CHP Incident Detail Report (CAD log)

5       44. Email from Ronald Wade, CHP, to Robin Snow, CHP, on

6   01/22/14 asking for dispatch audio tapes

7       45. Email from Robyn Snow, CHP, to Ronald Wade, CHP, on

8   01/23/14 stating that neither radio recorded dispatch audio

9       46. Email on 03/11/14 from Jerianne Eckman, CHP, to Cortney

10  Walker, CHP, asking for confidential letter explaining why there

11  is no audio to preserve, and email response on 03/20/14 from

12  Cortney Walker to Jerianne Eckman explaining that the attached

13  letter is the certification sent out when there is a voiceprint

14  malfunction

15      47. CHP Certification Letter dated 03/20/14 referred to in

16  Cortney Walker's 03/20/14 email to Jerianne Eckman stating no

17  dispatch audio for incorrect date of 11/08/13

18      48. Declaration of Robyn Snow, CHP, 11/17/14, regarding

19  voiceprint audio system frequent malfunctioning as reason why

20  there is no dispatch audio for the incident with Mr. Orr

21      49. CHP Certification Letter, dated 08/28/14, from Lieut.

22  T.D. Johnson, Acting Commander, to Carolyn Lloyd re: Master Voice

23  Tape Audio Logger malfunction on 08/06/13 Case

24      50. List of Michael Baldwin's service tickets for 2013

25  pertaining to the Voice Print Logging Recorder (DOJ000932-000934)

26      51. Expert Report of Defendants' Expert Witness Sgt.

27  Jennifer Hannum

28      52. Watch Guard DV-1 User Manual Coverpage

1    53. Metadata from WELSH DV-1

2    54. Mr. Orr's Sacramento County Sheriff's Department

3    Correctional Health Services Records (PLF000025- 000032)

4    55. Mr. Orr's Sacramento County Sheriff's Department Jail

5    (Non-Medical) Records (PLF000033-000044)

6    56. Sacramento County Jail Booking Video Disc 1 of 3

7    (contains Video_TS folder)

8    57. Sacramento County Jail Booking Video Disc 2 of 3

9    (contains one Windows Media .asf file)

10   58. Sacramento County Jail Booking Video Disc 3 of 3

11   (contains two Windows Media .asf files)

12   59. Roger Clark's CV

13   60. Roger Clark's Rule 26 Expert Report

14   61. California Code of Regulations Title 24, Part 1, §§ 13-

15   102 and Part 2, § 1231, Minimum Standards for Local Detentions

16   Facilities (2008 Regulations)

17   62. California Code of Regulations, Title 15-Crime

18   Prevention and Corrections, Minimum Standards for Local Detention

19   Facilities, Division 1, Chapter 1, Subchapter 4. (2010

20   Regulations, effective September 19, 2012)

21   63. Performance-Based Standards for Adult Local Detention

22   Facilities, Fourth Edition

23   64. Defendants' Rebuttal Police Practices Expert Curtis Cope

24   Rule 26 Report

25   65. Defendants' Rebuttal Police Practices Expert Curtis

26   Cope's article *Understanding the Objectively Reasonable Standard*,

27   08/27/10

28   66. DMV Registration for Mr. Orr's Toyota (PLF 000018)

1    67. DMV Driver Safety/Field Referral, 11/07/13, for Mr. Orr
2   (PLF000010-000011)

3    68. Sacramento County District Attorney Letter, 09/19/14,
4   stating that the DA declined to charge Mr. Orr for violating Cal.
5   Penal Code § 148 "due to insufficient evidence." (PLF000045)

6    69. DMV form signed by Ofc. Brame requesting Driver's
7   Evaluation of Mr. Orr (PLF 20)

8    70. DMV records re: post-incident Driver's Evaluation (DMV
9   PLF 1-24)

10    71. Ofc. Brame performance evaluations (DOJ 2455, 2503,
11   2513, 2516, 2630, 2632, 2634, 2640, 2644, 2652, 2657, 2667, 2669,
12   2675, 2691, 2703) (in chronological order)

13    72. Ofc. Brame's notice of sustained complaint for
14   "discourtesy" arising from use of handcuffs and violation of HPM
15   100.68) (DOJ 2701, 2713-2717)

16    73. Ofc. Plumb's Resume and cover letter (DOJ 2350-2352)

17
18
19
20
21
22
23
24
25
26
27
28

23

Exhibit D: Defendants' Exhibits

| Exhibit | Description |
|---------|-------------|
| 201 | Arrest-Investigation Report (CHP216) of Subject Incident by Officer Brame. |
| 202 | Vehicle Report (CHP 180) for Subject Incident by Officer Brame. |
| 203 | CAD Logs of Subject Incident |
| 204 | MVARS video for Subject Incident |
| 205 | Defendants' Report of Expert Witness: Sgt. Jennifer Hannum. |
| 206 | Sgt. Jennifer Hannum CV. |
| 207 | Drug Recognition Evaluation (DRE202) ) for Subject Incident by Officer Hannem. |
| 208 | 6 Photos of Plaintiff taken at CHP N. Sac. Area Office. |
| 209 | Sac Metro Fire Dept Paramedic Records, 8/6/2013   PLF 000056-62 |
| 210 | 8/6/2013 DVD Video of approx. first 17 minutes of Plaintiff's booking at Sac. Co. Jail. |
| 211 | Thumb drive from Plaintiff's Attorney Helm with Sac. Co. Jail video clips. |
| 212 | Video on disc or other media of Plaintiff's booking at Sac. Co. Jail as provided by Sacramento Co. Jail to Plaintiff's attorneys. (Plaintiff Exhibits 56-58) |
| 213 | 8/6/2013  Sacramento Co. Sheriff's Dept.; Declaration of Custodian of Records.   PLF 000034 |
| 214 | Jail booking photos 8/6/2013 PLF 000035-36 |
| 215 | Sacramento Co. Sheriff's Dept., Release Screening form.  PLF 000043 |
| 216 | 8/6/2013  Sacramento Co. Sheriff's Dept., Medical Intake  PLF 000027-30 |
| 217 | 8/6/2013 Sacramento Co. Sheriff's Dept., Intake Classification. PLF 000041 |
| 218 | 8/6/2013 Sacramento Co. Sheriff's Dept.,  Arrest Report.  PLF 000042 |
| 219 | Sacramento Co. Sheriff's Dept., Correctional Health Svcs., Declaration of Custodian of Records.  PLF000025 |
| 220 | Subpoena to Custodian of Records, VA Hosp., Sacramento.  VA 00001-00004. |

| | |
|---|---|
| 221 | Ntc. of Privacy Rights, Dept. of Veterans Affairs Release, Subpoena Proof of Service, and Custodian of Records response.  VA 00005-00010. |
| 222 | 10/3/2008 Primary Care Note; VA (Sacramento VA Medical Center) 00320 – 00323. |
| 223 | 10/3/2008 Addendum.  VA 00325-00327 |
| 224 | 11/3/08 Consult.  VA 00360-00314. |
| 225 | 12/4/08 Primary Care Note. VA 00303-00305 |
| 226 | 3/16/2009 Student Note  VA 00300 – 00303 |
| 227 | 4/28/10 Hematology and Oncology Note. VA 00279-00282. |
| 228 | 5/26/2010 Primary Care Note.  VA 00276-00279 |
| 229 | 6/14/2010  Opthamology Note.  VA 00273-00276. |
| 230 | 11/23/10  Discharge Note.  VA 00258-00262 |
| 231 | 12/7/10 PT Initial Eval.  VA 00254-00258. |
| 232 | 1/14/11 PT Outpatient Note.  VA 00249-00251. |
| 233 | 1/19/11  Primary Care Note.  VA 00246-00249. |
| 234 | Hematology and Oncology Note.  VA 00268-00270. |
| 235 | 9/23/2010 Ortho Surg. Consult.  VA 00264-00268. |
| 236 | 10/5/12 Primary Care Note. VA 00195-00199. |
| 237 | 2/18/11 PT OPT Discharge Note.  VA 00244-00246. |
| 238 | 11/22/11 Anesthesiology Note.  VA 00231-00237 |
| 239 | 1/23/12 Primary Care Note. VA 00215-00220. |
| 240 | 6/8/2012  Nursing OPT Note.  VA 00211-00212 |
| 241 | 7/11/2012 Opthamology Note.  VA 00206-00210. |
| 242 | 10/5/12 Primary Care Interim Note. VA 00195-00199 |
| 243 | 1/14/2013 Opthamology Note.  VA 00188-00192. |
| 244 | 1/22/2013  Emergency Dept. Note. VA 00181-00188. |

25

| | |
|---|---|
| 245 | 5/23/2013 Surgery Consult. VA00171-00176. |
| 246 | 5/30/2013  Gen Surg and Oncology Progress Note. VA 00160-00163. |
| 247 | Sac Metro Fire Dept Paramedic Records, 6/2/2013   PLF 000063-000066, 000068-000069. |
| 248 | Subpoena to Mercy San Juan Med. Ctr.; Ntc. of Priv. Rts.; Proof of Service; and Decl. of Custodian of Records.  MSJ 00001-00009. |
| 249 | 6/2/2013 Emergency Documentation  MSJ (Mercy San Juan Medical Center) 00021-00028. |
| 250 | 6/3/13  PT Documentation. MSJ 00385-00387 |
| 251 | 6/3/2013  Occupational Therapy Documentation MSJ380-00383 |
| 252 | 6/4/2013 Neurological  MSJ 00455-00456 |
| 253 | 6/4/2013 Neurological  00458-00459 |
| 254 | 6/5/2013 PT Documentation MSJ 00388-00389 |
| 255 | 6/3/2013 History and Physical.  MSJ 00014-00016. |
| 256 | 6/5/2013 Consultation.  MSJ 00017-00020. |
| 257 | 6/5/2013 Progress note. MSJ 00038-00044. |
| 258 | Orders. MSJ 00103. |
| 259 | 6/4/2013 Social Services Documentation MSJ 00391. |
| 260 | 6/5/2013 Speech Therapy Eval.  MSJ 00392-00395. |
| 261 | 6/5/2013 Discharge Summary. MSJ 0010-0013. |
| 262 | 7/1/2013 Surgery Consult.  VA 00139-00143. |
| 263 | 7/24/13 DMV App. For Disabled Person Placard or Plates  PLF 000024-000025. |
| 264 | 7/22/2013  Primary Care Note. VA 00137-00139. |
| 265 | 7/24/2013  Mental Health Ed. Note.  VA 00135-00137. |
| 266 | 7/31/2013  Mental Health Ed. Note.  VA 00134-00135. |
| 267 | 8/15/13 PA Student Note. VA 00119-00127. |
| 268 | 8/25/13  Physician Emergency Dept. Note.  VA 00115 -00118. |

| | |
|---|---|
| 269 | 8/26/2013   Primary Care Note.   VA 00112-00115. |
| 270 | Sac. Metro Fire Dist., Complete narrative.   PLF 000051 |
| 271 | 8/26/2013 Patient Non-Transport form.   PLF 000054 |
| 272 | Sac. Metro Fire Dist., Billing   PLF 000053 |
| 273 | 8/30/2013   DMV Driver Medical Evaluation. PLF 000004-00008. |
| 274 | Driver Medical Questionnaire.   PLF 000009. |
| 275 | Driver Safety Referral. PLF 000010. |
| 276 | DMV Affidavit of Custodian of Records. 10/22/2014   PLF 000015. |
| 277 | 8/16/2013 DMV Registration.   PLF 000018. |
| 278 | 9/27/2013 Primary Care Note. VA 00104-00107. |
| 279 | 1/3/2014   Primary Care Note.   VA 00093-00095 |
| 280 | 4/23/2014   Urgent Care Note.   VA 00013,00014 & 00090. |
| 281 | LD 15 "Laws of Arrest", cover page and pp. 3-2 - 3-7, 3-9 - 3-11, 3-16, 4-3 - 4-5, 4-7 - 4-8,  4-11 - 4-12, 4-24. (Clark Depo. Ex. 4). |
| 282 | LD 20 "Use of Force", cover page, table of contents pp. i - ii and pp. 1-6 - 1-9, 2-1 - 2-16.  (Clark Depo. Ex. 4). |
| 283 | LD 28 "Traffic Enforcement", cover page, table of contents pp. i - iii and pp. 1-3 - 1-4, 2-2 - 2-4, 3-3, 3-30, 3-40, 5-1 - 5-50, G-1 - G-5. (Clark Depo. Ex. 4). |
| 284 | LD 33 "Arrest Methods, Defensive Tactics", cover page, table of contents pp. i - iv and pp. 1-3 - 1-9, 1-11 - 1-15, 3-1 - 3-4, 3-5 - 3-6, 3-7 - 3-9, 5-1 - 5-10, 9-1 - 9-5, G-1 - G-2. (Clark Depo. Ex. 4). |
| 285 | LD 34 "Laws of Arrest" cover page, table of contents pp. i - iii and pp. 1-1 - 1-6, 4-1 - 4-6, 4-14 - 4-17, 5-1 - 5-8, 5-12 - 5-13, 5-37 - 5-38, G-1 - G-11. (Clark Depo. Ex. 4). |
| 286 | LD 37 "People With Disabilities" cover page, table of contents pp. i - ii and pp. 1-3 - 1-8, 3-1 - 3-5, 3-21 - 3-27, 3-29, G-1 - G-4.  (Clark Depo. Ex. 4). |
| 287 | Min. Stds. for Local Detention Facilities Title 15 (Clark Depo. Ex. |

| | |
|---|---|
| | 5B). |
| 288 | Min. Stds. for Local Detention Facilities Title 24 (Clark Depo. Ex. 5C). |
| 289 | 11/15/2014 email.  (Clark Depo. Ex. 7). |
| 290 | Transcript Excerpts of 9/26/2014 Clark Deposition in *Lozano v. City of Rialto*. |
| 291 | Transcript Excerpts of 8/20/2012 Clark Deposition in *Harb v. City of Bakersfield*. |
| 292 | Transcript Excerpts of 10/232014 Clark Deposition in *Doporto v. City of Tulare*. |
| 293 | Transcript Excerpts of 3/19/2015 Clark trial testimony. |
| 294 | Opinion Excerpt *Lucas v. City of Visalia*, 2013 U.S. Dist. LEXIS 65855 (E.D. Cal. May 7, 2013). |
| 295 | Opinion Excerpt *Barkley v. Dillard Dep't Stores, Inc.*, 277 Fed. Appx. 406 (5th Cir. 2008). |
| 296 | Opinion Excerpt *Echols v. Gardiner*, 2013 U.S. Dist. LEXIS 170037 (S.D. Tex. Dec. 3, 2013). |
| 297 | HPM 70.4, Chapter 2 Excerpts: DOJ000936- DOJ000938, DOJ000944 – DOJ000949, DOJ000953 - DOJ000959, DOJ000965 - DOJ000966. |
| 298 | HPM 70.4, Chapter 3 Excerpts: DOJ000978 - DOJ000979, DOJ000981 - DOJ000982. |
| 299 | HPM 70.4, Chapter 4 Excerpts: DOJ001008 - DOJ001010. |
| 300 | HPM 70.6, Chapter 1 Excerpts:  1-1 – 1-11 (DOJ001205 - DOJ001214). |
| 301 | HPM 70.6, Chapter 21 Excerpts: pp. 21-1 – 21-2 (redacted) (DOJ001451-DOJ001452). |
| 302 | HPM 70.6, Chapter 24 Excerpts:  pp. 24-13 (DOJ001563). |
| 303 | HPM 100.68, Chapter 2 Excerpts:  pp. 2-3 – 2-5 (DOJ001723- |
| 304 | HPM 100.68, Chapter 3 Excerpts:  pp. 3-5 – 3-6 (DOJ001743- DOJ001744). |
| 305 | Curtis Cope CV. |
| 306 | Curtis Cope Expert Witness Declaration. |
| 307 | Curtis Cope Invoices. |
| 308 | Excerpt from Golden Gloves of America Official Website and Wikipedia concerning Golden Gloves (D MSJ, Ex. |

| | | |
|---|---|---|
| | | O). |
| 2 | 309 | Government Claims Form, CA Victim Compensation and Gov't. Claims Bd. for Claimant Harrison Orr. |
| 3 | 310 | Plaintiff Orr's First Amended Complaint for Damages and Jury Demand. |
| 4 | 311 | CHP 118, Officer Brame, 11/16/2012 – 11/15/2013. |
| | 312 | July 23, 2012 Letter to Commander McGagin re: Officer Brame.  (DOJ002431) |
| | 313 | CHP 118, Officer Plumb, 11/03/2012 – 11/02/2013. |
| | 314 | Email re: 12/06/2012 encounter involving Officer Plumb. |

29