MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN  (State Bar No. 189268)
GENEVIEVE K. GUERTIN (State Bar No. 262479)
T. KENNEDY HELM (State Bar No. 282319)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Fax: (510) 452-5510

Attorneys for Plaintiff
HARRISON LUTHER ORR

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HARRISON LUTHER ORR, Individually, <br><br> Plaintiff, <br> vs. <br><br> CALIFORNIA HIGHWAY PATROL, a public entity; STATE OF CALIFORNIA, a public entity; CALIFORNIA HIGHWAY PATROL OFFICERS BRAME, PLUMB, and DOES 1-10, individually, <br><br> Defendants. | Case No. 2:14-cv-0585-WBS-EFB <br><br> **TRIAL STIPULATIONS AND (**~~PROPOSED~~**) ORDER** |

The parties in this case, by and through their counsel of record, hereby stipulate to the following matters for trial:

1. All acts related to the investigation, arrest and custody of Plaintiff by Defendant Officers Brame and Plumb were under color of law.

2. At all material times, Defendant Officers Brame and Plumb were employed by the State of California, acting by and through Department of California Highway Patrol (CHP), and were acting within the course and scope of that employment.

3. The CHP receives grants from the United States Government in the form of federal funds.

4. Plaintiff will not require the testimony or appearance of CHP Commander Mieko Epps at trial and neither side will call her as a witness at trial.

5. The November 18, 2014 declaration of CHP Sergeant Jeffrey Carlisle and the policies to which it refers (the handcuffing procedures in Highway Patrol Manual (HPM) 70.6 (Bates No. DOJ001451-DOJ001452 [*redacted version*])) and the policies in HPM 100.69 (Annex D) (produced without Bates numbering)) shall be admissible as evidence at trial.

6. All of Plaintiff Harrison Orr's medical records subpoenaed by the parties from the Sacramento Veterans Administration Medical Center, Mercy San Juan Medical Center, Sacramento County Jail, and Sacramento Metropolitan Fire District are genuine for purposes of Fed. R. Evid. 901, are business records/Records of a Regularly Conducted Activity pursuant to Fed. R. Evid 803(6) and contain statements made for the purpose of medical treatment pursuant to Fed. R. Evid. 803(4).  All other objections to admissibility are reserved.

7. All records disclosed by the parties during discovery, including Rule 26 disclosures are genuine for purposes of Fed. R. Evid. 901, including, but not limited to, documents produced by Defendants pursuant to requests for production and all

documents produced by Plaintiff in his Rule 26 Initial Disclosure and Supplemental Disclosure. All other objections are reserved.

8. All video recordings of Plaintiff at the Sacramento County Jail disclosed by any party in this case, including video of Plaintiff's booking at Sacramento County Jail and incarceration in a holding cell, and all other records concerning Plaintiff from the Sacramento County Jail disclosed by any party in this case, including the recording marked as Exhibit T to Defendants' Motion for Summary Judgment/Partial Summary Judgment, are genuine for purposes of Fed. R. Evid. 901 and are business records/Records of a Regularly Conducted Activity pursuant to Fed. R. Evid 803(6).

9. All records produced by Defendants pursuant to Plaintiff's requests for production of documents are business records/Records of a Regularly Conducted Activity pursuant to Fed. R. Evid 803(6). All other objections to admissibility are reserved.

SO STIPULATED.

Dated: May 1, 2015                HADDAD & SHERWIN LLP


                                  /s/ *Michael J. Haddad*_____
                                  MICHAEL J. HADDAD
                                  Attorneys for Plaintiff
                                  HARRISON LUTHER ORR

Dated: May 1, 2015                KAMALA D. HARRIS
                                  Attorney General of California
                                  PETER A. MESHOT
                                  Supervising Deputy Attorney General

                                  /s/ *Stephen C. Pass**_____
                                  STEPHEN C. PASS
                                  Deputy Attorney General
                                  Attorney for Defendants
                                  CALIFORNIA HIGHWAY PATROL, CHP
                                  OFFICERS BRAME and PLUMB

* Mr. Pass provided his consent that this document be electronically filed.

**ORDER**

Pursuant to the stipulation of the parties, IT IS SO ORDERED.

Dated: May 1, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2:14-cv-0585-WBS-EFB: TRIAL STIPULATIONS AND (PROPOSED) ORDER