KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
PETER A. MESHOT, State Bar No. 117061
Supervising Deputy Attorney General
STEPHEN C. PASS, State Bar No. 131179
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 322-2558
 Fax: (916) 322-8288
 E-mail: Stephen.Pass@doj.ca.gov
*Attorneys for Defendants State of California, appearing by and through the Department of California Highway Patrol, Terry Plumb and Jay Brame*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| **HARRISON ORR, Individually,** | 2:14-cv-585-WBS-EFB |
|---|---|
| Plaintiff, | **DEFENDANTS' CORRECTED TRIAL EXHIBIT LIST** |
| v. | Trial Date: June 2, 2015<br>Time: 9:00 a.m.<br>Courtroom: 5<br>Judge: The Honorable William B. Shubb |
| **CALIFORNIA HIGHWAY PATROL OFFICERS BRAME, PLUMB, and DOES 1-10, individually,** | |
| Defendants. | |

| Exhibit | Description | Marked | Admitted |
|---|---|---|---|
| A | Arrest-Investigation Report (CHP216) of Subject Incident by Officer Brame. | | |
| B | Vehicle Report (CHP 180) for Subject Incident by Officer Brame. | | |
| C | CAD Logs of Subject Incident | | |
| D | MVARS video for Subject Incident | | |
| E | Defendants' Report of Expert Witness: Sgt. Jennifer Hannum. | | |

1

| | | |  |  |
|---|---|---|---|---|
| F | Sgt. Jennifer Hannum CV. | | | |
| G | Drug Recognition Evaluation (DRE202) ) for Subject Incident by Officer Hannem. | | | |
| H | 6 Photos of Plaintiff taken at CHP N. Sac. Area Office. | | | |
| I | Sac Metro Fire Dept Paramedic Records, 8/6/2013   PLF 000056-62 | | | |
| J | 8/6/2013 DVD Video of approx. first 17 minutes of Plaintiff's booking at Sac. Co. Jail. | | | |
| K | Thumb drive from Plaintiff's Attorney Helm with Sac. Co. Jail video clips. | | | |
| L | Video on disc or other media of Plaintiff's booking at Sac. Co. Jail as provided by Sacramento Co. Jail to Plaintiff's attorneys. (Plaintiff Exhibits 56-58) | | | |
| M | 8/6/2013  Sacramento Co. Sheriff's Dept.; Declaration of Custodian of Records.  PLF 000034 | | | |
| N | Jail booking photos 8/6/2013 PLF 000035-36 | | | |
| O | Sacramento Co. Sheriff's Dept., Release Screening form. PLF 000043 | | | |
| P | 8/6/2013  Sacramento Co. Sheriff's Dept., Medical Intake PLF 000027-30 | | | |
| Q | 8/6/2013 Sacramento Co. Sheriff's Dept., Intake Classification. PLF 000041 | | | |
| R | 8/6/2013 Sacramento Co. Sheriff's Dept., Arrest Report. PLF 000042 | | | |
| S | Sacramento Co. Sheriff's Dept., Correctional Health Svcs., Declaration of Custodian of Records.  PLF000025 | | | |
| T | Subpoena to Custodian of Records, VA Hosp., Sacramento. VA 00001-00004. | | | |
| U | Ntc. of Privacy Rights, Dept. of Veterans Affairs Release, Subpoena Proof of Service, and Custodian of Records response.  VA 00005-00010. | | | |
| V | 10/3/2008 Primary Care Note; VA[1] 00320 – 00323. | | | |
| W | 10/3/2008 Addendum.  VA 00325-00327 | | | |
| X | 11/3/08 Consult.  VA 00306-00314. | | | |
| Y | 12/4/08 Primary Care Note. VA 00303-00305 | | | |
| Z | 3/16/2009 Student Note  VA 00300 - 00303 | | | |
| A2 | 4/28/10 Hematology and Oncology Note.  VA 00279-00282. | | | |
| B2 | 5/26/2010 Primary Care Note.  VA 00276-00279 | | | |
| C2 | 6/14/2010  Opthamology Note.  VA 00273-00276. | | | |

---

[1] Sacramento VA Medical Center.

| | | | | |
|---|---|---|---|---|
| 1 | D2 | 11/23/10  Discharge Note.  VA 00258-00262 | | |
| 2 | E2 | 12/7/10 PT Initial Eval.  VA 00254-00258. | | |
| 3 | F2 | 1/14/11 PT Outpatient Note.  VA 00249-00251. | | |
| 4 | G2 | 1/19/11  Primary Care Note.  VA 00246-00249. | | |
| 5 | H2 | Hematology and Oncology Note.  VA 00268-00270. | | |
| 6 | I2 | 9/23/2010 Ortho Surg. Consult.  VA 00264-00268. | | |
| 7 | J2 | 10/5/12 Primary Care Note. VA 00195-00199. | | |
| 8 | K2 | 2/18/11 PT OPT Discharge Note.  VA 00244-00246. | | |
| 9 | L2 | 11/22/11 Anesthesiology Note.  VA 00231-00237 | | |
| 10 | M2 | 1/23/12 Primary Care Note. VA 00215-00220. | | |
| 11 | N2 | 6/8/2012  Nursing OPT Note.  VA 00211-00212 | | |
| 12 | O2 | 7/11/2012 Opthamology Note.  VA 00206-00210. | | |
| 13 | P2 | 1/14/2013 Opthamology Note.  VA 00188-00192. | | |
| 14 | Q2 | 1/22/2013  Emergency Dept. Note. VA 00181-00188. | | |
| 15 | R2 | 5/23/2013 Surgery Consult.  VA00171-00176. | | |
| 16 | S2 | 5/30/2013  Gen Surg and Oncology Progress Note. VA 00160-00163. | | |
| 17 | T2 | Sac Metro Fire Dept Paramedic Records, 6/2/2013   PLF 000063-000066, 000068-000069. | | |
| 18 | U2 | Subpoena to Mercy San Juan Med. Ctr.; Ntc. of Priv. Rts.; Proof of Service; and Decl. of Custodian of Records.  MSJ 00001-00009. | | |
| 19 | V2 | 6/2/2013 Emergency Documentation  MSJ[2] 00021-00028. | | |
| 20 | W2 | 6/3/13  PT Documentation. MSJ 00385-00387 | | |
| 21 | X2 | 6/3/2013  Occupational Therapy Documentation MSJ380-00383 | | |
| 22 | Y2 | 6/4/2013 Neurological  MSJ 00455-00456 | | |
| 23 | Z2 | 6/4/2013 Neurological  00458-00459 | | |
| 24 | A3 | 6/5/2013 PT Documentation MSJ 00388-00389 | | |

---

[2] Mercy San Juan Medical Center

| # | Ex. | Description | | |
|---|---|---|---|---|
| 1 | B3 | 6/3/2013 History and Physical.  MSJ  00014-00016. | | |
| 2 | C3 | 6/5/2013 Consultation.  MSJ 00017-00020. | | |
| 3 | D3 | 6/5/2013 Progress note. MSJ 00038-00044. | | |
| 4 | E3 | Orders. MSJ 00103. | | |
| 5 | F3 | 6/4/2013 Social Services Documentation  MSJ 00391. | | |
| 6 | G3 | 6/5/2013 Speech Therapy Eval.  MSJ 00392-00395. | | |
| 7 | H3 | 6/5/2013 Discharge Summary. MSJ 0010-0013. | | |
| 8 | I3 | 7/1/2013 Surgery Consult.  VA 00139-00143. | | |
| 9 | J3 | 7/24/13 DMV App. For Disabled Person Placard or Plates PLF 000024-000025. | | |
| 10 | K3 | 7/22/2013  Primary Care Note. VA 00137-00139. | | |
| 11 | L3 | 7/24/2013  Mental Health Ed. Note.  VA 00135-00137. | | |
| 12 | M3 | 7/31/2013  Mental Health Ed. Note.  VA 00134-00135. | | |
| 13 | N3 | 8/15/13 PA Student Note. VA 00119-00127.  (Same as Plaintiff's disclosed Exhibit 38 and 39, per Amended Final Pretrial Order (ECF 95), p.5, § VIII. (C); p.19, #s 38-39). | | |
| 14 | O3 | 8/25/13  Physician Emergency Dept. Note.  VA 00115 - 00118. | | |
| 15 | P3 | 8/26/2013   Primary Care Note.  VA 00112-00115. | | |
| 16 | Q3 | Sac. Metro Fire Dist., Complete narrative.  PLF 000051 | | |
| 17 | R3 | 8/26/2013 Patient Non-Transport form. PLF 000054 | | |
| 18 | S3 | Sac. Metro Fire Dist., Billing   PLF 000053 | | |
| 19 | T3 | 8/30/2013  DMV Driver Medical Evaluation. PLF 000004-00008. | | |
| 20 | U3 | Driver Medical Questionnaire.  PLF 000009. | | |
| 21 | V3 | Driver Safety Referral. PLF 000010. | | |
| 22 | W3 | DMV Affidavit of Custodian of Records. 10/22/2014  PLF 000015. | | |
| 23 | X3 | 8/16/2013 DMV Registration.  PLF 000018. | | |
| 24 | Y3 | 9/27/2013 Primary Care Note. VA 00104-00107. | | |
| 25 | Z3 | 1/3/2014  Primary Care Note.  VA 00093-00095 | | |

| | | | | |
|---|---|---|---|---|
| 1 | A4 | 4/23/2014 Urgent Care Note. VA 00013, 00014 & 00090. | | |
| 2 | B4 | LD 15 "Laws of Arrest", cover page and pp. 3-2 – 3-7, 3-9 – 3-11, 3-16, 4-3 – 4-5, 4-7 – 4-8, 4-11 – 4-12, 4-24. (Clark Depo. Ex. 4). | | |
| 3 | | | | |
| 4 | C4 | LD 20 "Use of Force", cover page, table of contents pp. i - ii and pp. 1-6 – 1-9, 2-1 – 2-16. (Clark Depo. Ex. 4). | | |
| 5 | D4 | LD 28 "Traffic Enforcement", cover page, table of contents pp. i - iii and pp. 1-3 – 1-4, 2-2 – 2-4, 3-3, 3-30, 3-40, 5-1 – 5-50, G-1 – G-5. (Clark Depo. Ex. 4). | | |
| 6 | E4 | LD 33 "Arrest Methods, Defensive Tactics", cover page, table of contents pp. i - iv and pp. 1-3 – 1-9, 1-11 – 1-15, 3-1 – 3-4, 3-5 – 3-6, 3-7 – 3-9, 5-1 – 5-10, 9-1 – 9-5, G-1 – G-2. (Clark Depo. Ex. 4). | | |
| 7 | | | | |
| 8 | F4 | LD 34 "Laws of Arrest" cover page, table of contents pp. i - iii and pp. 1-1 – 1-6, 4-1 – 4-6, 4-14 – 4-17, 5-1 – 5-8, 5-12 – 5-13, 5-37 – 5-38, G-1 – G-11. (Clark Depo. Ex. 4). | | |
| 9 | | | | |
| 10 | G4 | LD 37 "People With Disabilities" cover page, table of contents pp. i - ii and pp. 1-3 – 1-8, 3-1 – 3-5, 3-21 – 3-27, 3-29, G-1 – G-4. (Clark Depo. Ex. 4). | | |
| 11 | | | | |
| 12 | H4 | Min. Stds. for Local Detention Facilities Title 15 (Clark Depo. Ex. 5B). | | |
| 13 | I4 | Min. Stds. for Local Detention Facilities Title 24 (Clark Depo. Ex. 5C). | | |
| 14 | J4 | 11/15/2014 email. (Clark Depo. Ex. 7). | | |
| 15 | K4 | Transcript Excerpts of 9/26/2014 Clark Deposition in *Lozano v. City of Rialto*. | | |
| 16 | L4 | Transcript Excerpts of 8/20/2012 Clark Deposition in *Harb v. City of Bakersfield*. | | |
| 17 | M4 | Transcript Excerpts of 10/232014 Clark Deposition in *Doporto v. City of Tulare*. | | |
| 18 | N4 | Transcript Excerpts of 3/19/2015 Clark trial testimony. | | |
| 19 | O4 | Opinion Excerpt *Lucas v. City of Visalia*, 2013 U.S. Dist. LEXIS 65855 (E.D. Cal. May 7, 2013). | | |
| 20 | P4 | Opinion Excerpt *Barkley v. Dillard Dep't Stores, Inc.*, 277 Fed. Appx. 406 (5th Cir. 2008). | | |
| 21 | Q4 | Opinion Excerpt *Echols v. Gardiner*, 2013 U.S. Dist. LEXIS 170037 (S.D. Tex. Dec. 3, 2013). | | |
| 22 | R4 | HPM 70.4, Chapter 2 Excerpts: DOJ000936- DOJ000938, DOJ000944 - DOJ000949, DOJ000953 - DOJ000959, DOJ000965 - DOJ000966. | | |
| 23 | | | | |
| 24 | S4 | HPM 70.4, Chapter 3 Excerpts: DOJ000978 - DOJ000979, DOJ000981 - DOJ000982. | | |
| 25 | T4 | HPM 70.4, Chapter 4 Excerpts: DOJ001008 - DOJ001010. | | |
| 26 | U4 | HPM 70.6, Chapter 1 Excerpts: 1-1 – 1-11 (DOJ001205 - DOJ001214). | | |
| 27 | V4 | HPM 70.6, Chapter 21 Excerpts: pp. 21-1 – 21-2 (redacted) (DOJ001451- DOJ001452). | | |
| 28 | W4 | HPM 70.6, Chapter 24 Excerpts: pp. 24-13 (DOJ001563). | | |

| | | |
|---|---|---|
| X4 | HPM 100.68, Chapter 2 Excerpts: pp. 2-3 – 2-5 (DOJ001723-DOJ001725) | |
| Y4 | HPM 100.68, Chapter 3 Excerpts: pp. 3-5 – 3-6 (DOJ001743-DOJ001744). | |
| Z4 | Curtis Cope CV. | |
| A5 | Curtis Cope Expert Witness Declaration. | |
| B5 | Curtis Cope Invoices. | |
| C5 | Excerpt from Golden Gloves of America Official Website and Wikipedia concerning Golden Gloves (D MSJ, Ex. O). | |
| D5 | Government Claims Form, CA Victim Compensation and Gov't. Claims Bd. for Claimant Harrison Orr. | |
| E5 | Plaintiff Orr's First Amended Complaint for Damages and Jury Demand. | |
| F5 | CHP 118, Officer Brame, 11/16/2012 – 11/15/2013. | |
| G5 | July 23, 2012 Letter to Commander McGagin re: Officer Brame. (DOJ002431) | |
| H5 | CHP 118, Officer Plumb, 11/03/2012 – 11/02/2013. | |
| I5 | Email re: 12/06/2012 encounter involving Officer Plumb. | |
| J5 | 8/08/13 Progress Notes. VA 00127-00133. (Same as Plaintiff's disclosed Exhibits 37 and 38, per Amended Final Pretrial Order (ECF 95), p.5, § VIII. (C); p.19, #s 37-38). | |

Defendants submit this corrected exhibit list based on Plaintiff's submission of Plaintiff's Corrected Exhibit List (ECF 123). Defendants reserve the right to use any exhibit listed by Plaintiff. Defendants also reserve the right to offer additional exhibits for purposes of impeachment, rehabilitation or rebuttal.

Dated: May 29, 2015                    Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
PETER A. MESHOT
Supervising Deputy Attorney General

*/s/ STEPHEN C. PASS*

STEPHEN C. PASS
Deputy Attorney General
*Attorneys for Defendants State of California, appearing by and through the Department of California Highway Patrol, Terry Plumb and Jay Brame*

# CERTIFICATE OF SERVICE

Case Name: **Harrison Orr v. California Highway Patrol, Officers Brame, Plumb, et al.**   No. **2:14-cv-585-WBS-EFB**

I hereby certify that on <u>May 2915, 2015</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

DEFENDANTS' CORRECTED TRIAL EXHIBIT LIST

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>May 29, 2015</u>, at Sacramento, California.

| <u>Terry Lee Farster</u> | <u>*/s/ Terry Lee Farster*</u> |
|---|---|
| Declarant | Signature |

SA2014312527
Defendants' Corrected Exhibit List.doc