United States District Court
Eastern District of California
Before the Honorable **WILLIAM B. SHUBB, JUDGE**

**CIVIL TRIAL MINUTES**

| | |
|---|---|
| HARRISON ORR, <br><br> Plaintiff, <br><br> vs <br><br> CALIFORNIA HIGHWAY PATROL, et al., <br><br> Defendants. | Time in Court:   **3:15** <br><br> CASE #: CV-S-14-585 WBS <br> DATE:   6/10/2015 <br> Courtroom Deputy: Karen Kirksey Smith/ <br>                                   Alexandra Waldrop <br> Court Reporter:   Kimberly Bennett |

**Appearance(s) for Plaintiff:**

Michael Haddad
Julia Sherwin
T. Kennedy Helm
Genevieve Guertin

**Appearance(s) for Defendant(s):**

Stephen Pass
Krista Dunzweiler

---

**Jury Trial (Day 7):**

| | |
|---|---|
| 9:00 a.m. | Trial resumes. Jury returns. Witness **Vivian Annette Koll** resumes on direct by Defendants. |
| 9:23 a.m. | Witness on cross-examination by Plaintiff. |
| 9:35 a.m. | Witness on re-direct by Defendants. |
| 9:36 a.m. | Witness excused. Witness **William Michael Baldwin** called and sworn to testify by Defendants. |
| 9:47 a.m. | Witness on cross-examination by Plaintiff. [Exhibits Identified and/or Admitted: D-4.] Witness excused. |
| 9:48 a.m. | Defendants rest. |
| 9:49 a.m. | Witness **Jay Brame** recalled to testify by order of the Court. Witness excused. |
| 9:50 a.m. | Jury excused. Court confers with counsel re Plaintiff's and Defendants' Rule 50(a) Motions for Judgment. |
| 10:00 a.m. | Court recessed. |
| 10:10 a.m. | Trial resumes outside presence of the jury. Court confers with counsel re trial scheduling and jury instructions. |

1

| | |
|---|---|
| 10:12 a.m. | Jury returns.  Court confers with jurors re trial scheduling and orders jurors to return on Monday, June 15, 2015 at 9:30 a.m. |
| 10:20 a.m. | Court recessed. |
| 10:55 a.m. | Trial resumes outside presence of the jury.  Court confers with counsel re jury instructions. |
| 11:05 a.m. | Court recessed. |
| 1:00 p.m. | Trial resumes outside presence of the jury.  Court confers with counsel re jury instructions and verdict form. |
| 1:10 p.m. | Court recessed. |
| 1:45 p.m. | Trial re0000-sumes outside presence of the jury.  Court confers with counsel re jury instructions. |
| 3:25 p.m. | Court recessed. |
| 4:00 p.m. | Trial resumes outside presence of the jury.  Court confers with counsel re Plaintiff's and Defendants' Rule 50(a) Motions.  Counsel argue.  Court ORDERS motions taken **UNDER SUBMISSION.** |
| 4:05 p.m. | Court Adjourned.  **Jury Trial continued to June 15, 2015 at 9:00 A.M.** |

**Other:** Counsel and courtroom deputy review admitted exhibits to go to jury during deliberations.  Counsel agree to the return of exhibits and sign the Receipt for Exhibits form (filed today).  Lodged depositions returned to counsel.