United States District Court
Eastern District of California
Before the Honorable **WILLIAM B. SHUBB, JUDGE**

## CIVIL TRIAL MINUTES

| HARRISON ORR, | Time in Court: __0:55__ |
|---|---|
| Plaintiff, | CASE #: CV-S-14-585 WBS |
| vs | DATE: 6/17/2015 |
| | Courtroom Deputy: Karen Kirksey Smith |
| CALIFORNIA HIGHWAY PATROL, et al., | Court Reporter: Kimberly Bennett |
| Defendants. | |

**Appearance(s) for Plaintiff:**

Michael Haddad
Julia Sherwin
T. Kennedy Helm
Genevieve Guertin

**Appearance(s) for Defendant(s):**

Stephen Pass
Krista Dunzweiler

### Jury Trial (Day 10):

| | |
|---|---|
| 9:00 a.m. | Jury resumes deliberations. |
| 11:05 a.m. | Filed Jury Note #2. |
| 11:40 a.m. | Trial resumes outside presence of the jury. Court confers with counsel re Jury Note #2. |
| 11:58 a.m. | Jury returns. Court confers with jurors re Jury Note #2. |
| 12:05 p.m. | Court recessed. |
| 1:50 p.m. | Filed Jury Note #3. |
| 2:05 p.m. | Trial resumes outside presence of the jury. Court confers with counsel re Jury Note #3: Verdict reached. |
| 2:07 p.m. | Jury returned and excused by court. |
| 2:08 p.m. | Court confers with counsel outside presence of the jury re verdict form. |
| 2:20 p.m. | Jury returns. **VERDICT RETURNED, READ AND FILED IN FAVOR OF PLAINTIFF**. Jury polled upon request of Plaintiff. Jury excused from this action. |

1

| | |
|---|---|
| 2:29 p.m. | Court sets briefing schedule on any post-trial motions as follows:   Opening briefs due no later than 6/24/2015; Oppositions due no later than 7/1/2015;  <u>Hearing set for 7/6/2015 at 2:00 P.M.</u> |
| 2:35 p.m. | Court Adjourned. |

**Other:**      <u>Filed Exhibit Lists, Witness lists, and Verdict Form.</u>