FILED

JUN 17 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----ooOoo----

| | |
|---|---|
| HARRISON ORR, | CIV. NO. 2:14-00585 WBS EFB |
| Plaintiff, | |
| v. | VERDICT FORM |
| CALIFORNIA HIGHWAY PATROL, a public entity; STATE OF CALIFORNIA, a public entity; CALIFORNIA HIGHWAY PATROL OFFICERS BRAME, PLUMB, and DOES 1-10 individually, | |
| Defendants. | |

We, the jury, answer the questions submitted to us as follows:

1.   Did the defendant(s) unreasonably seize plaintiff by arresting him without probable cause for driving under the influence of drugs?

JAY BRAME:

Yes _____   No __X__

TERRENCE PLUMB:

1

1          Yes _____      No ___X___

2

3     2.   Did the defendant(s) unreasonably seize plaintiff by

4     arresting him without probable cause for resisting arrest?

5          JAY BRAME:

6               Yes _____      No ___X___

7          TERRENCE PLUMB:

8               Yes ___X___      No _____

9

10    3.   Did the defendant(s) use excessive force in arresting

11    plaintiff, in violation of the United States Constitution?

12         JAY BRAME:

13              Yes _____      No ___X___

14         TERRENCE PLUMB:

15              Yes ___X___      No _____

16

17    4.   Did the defendant(s) wrongfully arrest plaintiff for driving

18    under the influence of drugs, in violation of California state

19    law?

20         JAY BRAME:

21              Yes _____      No ___X___

22         TERRENCE PLUMB:

23              Yes _____      No ___X___

24

25    5.   Did the defendant(s) wrongfully arrest plaintiff for

26    resisting arrest in violation of California state law?

27         JAY BRAME:

28              Yes _____      No ___X___

1    TERRENCE PLUMB:

2         Yes __X__     No _____

3

4    6.   Did the defendant(s) commit battery by a police officer on

5    plaintiff in violation of California state law?

6         JAY BRAME:

7              Yes _____     No __X__

8         TERRENCE PLUMB:

9              Yes __X__     No _____

10

11   7.   Did the defendant(s) interfere with or attempt to interfere

12   with plaintiff's civil rights in violation of California Civil

13   Code section 52.1?

14        JAY BRAME:

15             Yes _____     No __X__

16        TERRENCE PLUMB:

17             Yes __X__     No _____

18

19   *If you answered "Yes" to any of question 1 through 7, then please*

20   *proceed to question 8.  If you answered "No" to all of questions*

21   *1 through 7, then please proceed to question 11.*

22

23   8.   What is the amount, if any, of damages caused by the

24   defendant(s) for claims covered in questions 1 through 7?

25             $ __125,000__

26

27   9.   Was the defendant's conduct malicious, oppressive, or in

28   reckless disregard of the plaintiff's rights?

1    JAY BRAME:

2        Yes _____    No __X__

3    TERRENCE PLUMB:

4        Yes _____    No __X__

5

6    *If you answered "Yes" to question number 9, proceed to question*

7    *number 10.   If you answered "No," proceed to question number 11.*

8

9    10.   What is the amount, if any, of punitive damages you find

10   against defendants Jay Brame and/or Terrence Plumb??

11       JAY BRAME:

12           $_____

13       TERRENCE PLUMB:

14           $_____

15

16   11.   Did the defendant California Highway Patrol violate

17   plaintiff's rights under the Rehabilitation Act and the ADA by

18   arresting him because of his legal conduct related to his

19   disability?

20           Yes _____    No __X__

21

22   12.   Did the defendant California Highway Patrol violate

23   plaintiff's rights under the Rehabilitation Act and the ADA by

24   failing to accommodate plaintiff's disability?

25           Yes _____    No __X__

26

27

28

4

*If your answer to both questions 11 and 12 is "No," skip to the end of this form.   If your answer to one or both of questions 11 and 12 is "Yes," proceed to answer question 13.*

*13.   What is the amount, if any, of damages caused by the California Highway Patrol?*

$\$$_____

*You have completed the Verdict Form.   Have the foreperson sign and date the Verdict Form.*

Dated: __6-17-15__    _____
                      Foreperson

5