# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**HARRISON ORR,**

       v.

CASE NO: **2:14–CV–00585–WBS–EFB**

**BRAME, ET AL.,**


**XX** –– **Jury Verdict.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE JURY VERDICT RENDERED 6/17/2015**

                                              **Marianne Matherly**
                                              Clerk of Court

ENTERED: **February 1, 2016**

                                      by: /s/ L. Reader
                                                Deputy Clerk