1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11                          ----oo0oo----

12   HARRISON ORR, individually,        CIV. NO. 2:14-585 WBS EFB

13              Plaintiff,

14   v.                                 ORDER

15
     CALIFORNIA HIGHWAY PATROL, a
16   public entity; STATE OF
     CALIFORNIA, a public entity;
17   CALIFORNIA HIGHWAY PATROL
     OFFICERS BRAME, PLUMB, and
18   DOES 1-10 individually,

19              Defendants.

20

21                          ----oo0oo----

22          Before the court is plaintiff Harrison Orr's Bill of

23   Costs, which seeks plaintiff's appellate filing fee and fees for

24   the trial transcript necessarily used for plaintiff's appeal.

25   (Docket No. 218).

26          On appeal, after affirming the court's ruling in part

27   and remanding for recalculation of the court's fee award, the

28   Ninth Circuit panel awarded costs to plaintiff.  Federal Rule of

                                  1

Appellate Procedure 39(e) provides that costs for the reporter's transcript and the fee for filling the appeal may be taxed in the district court. After reviewing the bill, and in light of the fact that defendants have not objected, the court finds the requested appeal costs are reasonable. Accordingly, costs of $1,942.00 are taxed against defendants.

IT IS SO ORDERED.

Dated: April 13, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE