UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| HARRISON ORR, individually,<br><br>    Plaintiff,<br><br>v.<br><br>CALIFORNIA HIGHWAY PATROL, a public entity; STATE OF CALIFORNIA, a public entity; CALIFORNIA HIGHWAY PATROL OFFICERS BRAME, PLUMB, and DOES 1-10 individually,<br><br>    Defendants. | CIV. NO. 2:14-585 WBS EFB<br><br><br>ORDER |

----oo0oo----

In advance of the status conference set for May 7, 2018, the parties shall, on or before April 30, 2018, separately file preconference memoranda setting forth what action the parties suggest be taken by the court in response to the Ninth Circuit's remand order of March 12, 2018. (Docket No. 214.)

IT IS SO ORDERED.

Dated: April 23, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1