UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| HARRISON ORR, individually,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA HIGHWAY PATROL, a public entity; STATE OF CALIFORNIA, a public entity; CALIFORNIA HIGHWAY PATROL OFFICERS BRAME, PLUMB, and DOES 1-10 individually,<br><br>Defendants. | CIV. NO. 2:14-585 WBS EFB<br><br><br>ORDER |

----oo0oo----

Pursuant to the discussion with the parties at the status conference held on May 7, 2018, plaintiff shall file his brief regarding attorney's fees by June 4, 2018. Defendants' opposition shall be filed by June 18, 2018, and any reply shall be filed by June 28, 2018.

IT IS SO ORDERED.

Dated: May 7, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1