1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  PETER A. MESHOT, State Bar No. 117061
   Supervising Deputy Attorney General
3  KRISTA DUNZWEILER, State Bar No. 227384
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone: (916) 210-7506
6    Fax: (916) 324-5567
     E-mail: Krista.Dunzweiler@doj.ca.gov
7  *Attorneys for Defendant*
   *CHP Officer Plumb*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **HARRISON ORR, Individually,** | 2:14-cv-00585-WBS-EFB |
| Plaintiff, | **STIPULATED REQUEST TO MODIFY BRIEFING SCHEDULE ORDERED BY THE COURT (DOCKET NO. 228); ~~PROPOSED~~ ORDER** |
| v. | |
| **CALIFORNIA HIGHWAY PATROL OFFICERS BRAME, PLUMB, and DOES 1-10, individually,** | Judge: The Honorable William B. Shubb |
| Defendants. | Action Filed: March 3, 2014 |

Plaintiff Harrison Orr and Defendant CHP Officer Plumb, by and through their attorneys of record, hereby stipulate and request that the Court modify the Order issued May 7, 2018, setting the briefing schedule regarding the attorneys' fees award following the decision of the Ninth Circuit Court of Appeal, for the reasons set forth herein:

On or about May 7, 2018, this Court issued an order setting the following briefing schedule: plaintiff's briefing was to be filed by June 4, 2018, defendant's opposition was to be filed by June 18, 2018, and plaintiff's reply was to be filed by June 28, 2018 (Docket No. 228);

Plaintiff filed his brief and supporting declarations on June 4, 2018;

1

1     On or about June 6, 2018, counsel for defendant Plumb experienced a family medical emergency that has caused her to be absent from the office for several full and/or partial days, and continues to cause her to be out of the office;

    On or about June 9, 2018, counsel for defendant Plumb requested that counsel for plaintiff Orr stipulate to a request to continue the briefing schedule by approximately ten days in order to accommodate the impact of her being out of the office;

    On or about June 12, 2018, after meeting and conferring, and confirming deadlines in other matters and out-of-office schedules, counsel for plaintiff Orr proposed the following briefing schedule: defendant Plumb's opposition will be due by July 31, 2018, and plaintiff Orr's reply will be due by August 31, 2018. Defendant Plumb does not have an objection to the briefing schedule proposed by plaintiff Orr's counsel.

    Based on the foregoing, counsel for plaintiff Orr and defendant Plumb, respectfully request that the Court modify the briefing schedule ordered by this Court on May 7, 2018, and to permit defendant Plumb's opposition to be filed by July 31, 2018, and plaintiff Orr's reply to be filed by August 31, 2018.

Dated: June 13, 2018                        Respectfully submitted,

XAVIER BECERRA
Attorney General of California
PETER A. MESHOT
Supervising Deputy Attorney General

/s/ Krista J. Dunzweiler

KRISTA DUNZWEILER
Deputy Attorney General
*Attorneys for Defendant CHP Officer Plumb*

Dated: June 13, 2018                        Respectfully submitted,

HADDAD & SHERWIN

/s/ Michael Haddad

MICHAEL HADDAD
*Attorneys for Plaintiff Harrison Orr*

SA2014312527
13122736.docx

| | |
|---|---|
| 1 | **(PROPOSED) ORDER** |
| 2 | Pursuant to stipulation of the parties and good cause appearing therefore, IT IS |
| 3 | ORDERED that the order setting the briefing schedule (Docket No. 228) is modified as follows: |
| 4 | defendant Plumb's opposition shall be filed by July 31, 2018, and plaintiff Orr's reply shall be |
| 5 | filed by August 31, 2018. |
| 6 | Dated: June 14, 2018 |

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE
Note: "(PROPOSED)" appears with strikethrough.