MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
TERESA ALLEN (State Bar No. 264865)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Fax: (510) 452-5510

Attorneys for Plaintiff
HARRISON LUTHER ORR

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HARRISON LUTHER ORR, Individually,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CALIFORNIA HIGHWAY PATROL, a public entity; STATE OF CALIFORNIA, a public entity; CALIFORNIA HIGHWAY PATROL OFFICERS BRAME, PLUMB, and DOES 1-10, individually,<br><br>　　　　Defendants. | Case No. 2:14-cv-0585-WBS-EFB<br><br>**STIPULATION AND ORDER TO RESCHEDULE STATUS CONFERENCE** |

The parties in this case, through their counsel of record, hereby stipulate, and request this Court to order, that the post-remand status conference currently scheduled for February 3, 2020 at 1:30 p.m. be rescheduled February 18, 2020 at 1:30 p.m., with a joint status report regarding further proceedings filed no later than January 31, 2020. This request is based on the following:

1. On December 17, 2019, this Court issued a minute order setting a post-remand status conference for February 3, 2020. (Doc. 260).
2. Plaintiff's counsel, Michael Haddad and Julia Sherwin will both be in Fresno on that date taking depositions in a wrongful death case, *Murrietta-Golding v. City of Fresno*, Case No. 1:18-cv-00314-AWI-SKO, set for trial before Judge Ishii on October 27, 2020. (Doc. 34). Discovery in that case closes on March 2, 2020. *Id*. On December 9, 2019, Plaintiff noticed 10 depositions to take place in Fresno over February 3-5, 2020, by agreement of all counsel in *Murrietta-Golding* (including a consolidated case with separate plaintiff's counsel). Mr. Haddad avers that it was very difficult to coordinate scheduling the *Murrietta-Golding* depositions on dates acceptable to all counsel in that case, which is why they were scheduled so far into the future and near the discovery cut-off in that case.
3. If at all possible, Mr. Haddad or Ms. Sherwin would like to be personally present to attend this Court's status conference in the present case, as they have represented Mr. Orr from the beginning of this matter, and they would like to be present to address any questions and concerns this Court may have in these proceedings, and to receive this Court's directives in this case.
4. Defense counsel, Diana Esquivel, is available to attend this Court's status conference on February 18, 2020, as well.
5. The parties would file a joint status report by January 31, 2020.

    SO STIPULATED.

| | | |
|---|---|---|
| Dated: December 26, 2019 | | HADDAD & SHERWIN LLP |

/s/ *Michael J. Haddad*\_\_\_\_
MICHAEL J. HADDAD
Attorneys for Plaintiff
HARRISON LUTHER ORR

Dated: December 26, 2019

XAVIER BECCERA
Attorney General of California
PETER A. MESHOT
Supervising Deputy Attorney General

/s/ *Diana Esquivel\** \_\_\_\_\_
DIANA ESQUIVEL
Deputy Attorney General
Attorney for Defendant
CALIFORNIA HIGHWAY PATROL OFFICER PLUMB

* Ms. Esquivel provided her consent that this document be electronically filed.

# ORDER

Pursuant to stipulation of the parties and good cause appearing therefore, IT IS SO ORDERED. The Status Conference currently scheduled for February 3, 2020 at 1:30 p.m. is rescheduled February 18, 2020 at 1:30 p.m., with a joint status report regarding further proceedings filed no later than January 31, 2020.

Dated: December 27, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE